# United States Bankruptcy Court
## District of Delaware

In re   __M7D Corporation_____    Case No.    __23-11699 (TMH)_____

                                                      Debtor(s)    Chapter    __7_____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __October 14, 2023_____             _/s/ Michael Grunza_____

                                                              **Michael Grunza**/**Chief Executive Officer**
                                                              Signer/Title

M7D Corporation
6710 Virginia Manor Road
Beltsville, MD 20705-1289

Scott B.Kitei
Honigman LLP
2290 First National Bldg.
660 Woodward Avenue
Detroit, MI 48226-3506

Jeffrey R. Waxman
Morris James LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801

WD Diamonds Holdings, Inc.
500 Griswold Street, Suite 2700
Detroit, MI 48226

WD Diamonds Intermediate Holdings, Inc
6710 Virginia Manor Road
Beltsville, MD 20705-1289

4TEKGEAR LLC
533 Forest Way Dr
FORT MILL, SC 29715

ABC Diamond Tools
4872 S Ridgeside Cir
Ann Arbor, MI 48105

Abrading Methods, INC
1011 Davis Road
Elgin, IL 60123

AC Manufacturing
245 Kinney Drive
San Jose, CA 95112

Accu-Glass Products, Inc.
25047 Anza Dr
Valencia, CA 91355

Ace Fire Extinguisher Service, Inc.
5117 College Avenue
College Park, MD 20740

Acquiom Clearinghouse LLC
fbo Acquiom Clearinghouse Clients
950 17th Street
Denver, CO 80202

Acropolis Advisors, LLC
3 Cameron Ave
Somerville, MA 02144

Across International LLC
111 Dorsa Ave
Livingston, NJ 07039

Active Power, Inc.
Dept 0205
P.O. Box 120205
Dallas, TX 75312

Adaptive Business Solutions, Inc.
225 Cedar Hill Road, Suite 200
Marlborough, MA 01752

Advanced First Aid Inc
9321 Philadelphia Road, Suites A & B
Baltimore, MD 21237

Advantage Moving and Storage, Inc.
2641 Corporate Parkway
Algonquin, IL 60102

AFA Protective Systems, Inc.
PO BOX 21030
New York, NY 10087-1030

Airgas USA, Inc.
2900 52ND AVE
HYATTSVILLE, MD 20781-1103

Airline Hydraulics Corporation
PO Box 536746
Pittsburgh, PA 15253-5909

Alec Madoff
65 Valleywood Road
Cos Cob, CT 06807

Ali Saleem
4 Vireo Cir
Newark, DE 19711

All Filters
795 W 1700 S Ste 1
Woods Cross, UT 84087

Alter, Inc.
16 West 46th Street 12th
New York, NY 10036

Ametek Pittman
1500 Meriden Road
Waterbury, CT 67605

Amit Levin
11119 ROSEMONT DR
Rockville, MD 20852-3681

Anderson Materials Evaluation, Inc.
9051 Red Branch Road, Suite C
Columbia, MD 21045

Andrea Scicchitano
110 Somerset St Apt 1108
New Brunswick, NJ 08901

Applied Controls Inc.
47 General warren blvd
Malvern, PA 19355

Applied Diamond, Inc
3825 Lancaster Pike
Wilmington, DE 19805

Appsilon Ileri Malzemeler Dan. San. ve Tic. A.S.
Sanayi Mah. Teknopark Bulv.
Teknopark 1B 1/1B 34906
Pendik, Istanbul,

Arbon Equipment Corporation
25464 Network Place
Chicago, IL 60673

Aries
12 Longford Circuit Darch
Western, Austrailia 06065

Arradiance LLC
11 A Beaver Brook Rd
Littleton, MA 01460

Ashcom Technologies, INC
3917 Research Park Dr.
Suite B4,
Ann Arbor, MI 48108

Aston Carter
3689 Collection Center Dr.
Chicago, IL 60693

Atlas Copco Compressors LLC
Dept. CH 19511
Palatine, IL 60055-9511

Augsburg Diamond Technology GmbH
Am Technologiezentrum 5 DE-86159 Augsburg

Automotive Investments Co.
1808 Johns Drive
Glenview, IL 60025

B.O.S.S.
P.O. Box 91
Owings, MD 20736

B9 Sequoia Ammendale LLC
c/o B9 Sequoia Wiegman Owner LP
PO Box 200712
Dallas, TX 75320-0712

Baileys Fine Jewelry
415 Daniel Street
Raleigh, NC 27605

Banner Industries of NE Inc
10100 Nokesville Road
Manassas, VA 21110

Baoji Boxin Metal Materials Co Ltd
No.25 Yongqing Industrial Park
Mayling Town

Bartlomiej Kocznur
b.kocznur@gmail.com
Kniaziewicza street
Piaseczno,  05-500

Bellataire LLC
1334 W. Herndon Ave
Fresno, CA 93711

Benjamin Culmer
1346 Carpers Farm Way
Vienna, VA 22182

Bettonville Service
Slomczynska 21A
05-510 Konstancin-Jeziorna Poland

Boland Trane Services Inc.
PO Box 223862
Chantilly, VA 20153-3862

Breitling Chronometrie SA
Allee du Laser 10 2300
La Chaux-de-Fonds La Chaux-de-Fonds CHE
10108-4970

Brighter Strategies, LLC
6533 Arlington Blvd, #2414
Falls Church, VA 22042

Brinks Global Services
P.O. Box 677444
Dallas, TX 75267-7444

Brittany Lewis
53 Whippoorwill Crossing
Armonk, NY 10504-1032

Brooks Instrument c/o Flow-Tech, Inc
407 West Vine Street
Hatfield, PA 19440

C.PRAKASH & CO
EC4101 BHARAT DIAMOND BOURSE BKC
BANDRA EAST
MUMBAI, MH

C2 Imaging
PO Box 854537
Minneapolis, MN 55485-4537

Caleb Wood
21854 Hyde Park Dr
Ashburn, VA 20147-6908

California Franchise Tax Board
PO Box 942857
Sacremento, CA 94257-0531

California Secretary of State
1500 11th Street
Sacramento, CA 95814

Carl Kubas Consulting LLC
10220 162nd Street
Chippewa Falls, WI 54729

CARL MARKS ADVISORY GROUP LLC
900 Third Avenue - 33rd Floor
New York, NY 10022-4775

Carnegie Institute of Washington
Attn: Office of General Counsel
5241 Broad Branch Rd NW
Washington, DC 20015

Chantal Weedman
5317 Serather Court
Garner, NC 27529

Checkr Group Inc.
1 Montgomery Street
Suite 2400
San Fransico, CA 94104

Chesapeake Systems
7400 Coca Cola Drive
Hanover, MD 21076

Choice One Recruiting LP
4415 Delina Road
Cornersville, TN 37047

Christopher Taylor
6500 Insey Street
District Heights, MD 20747

Cision US Inc.
12501 Indian Creek Ct.
Beltsville, MD 20705

Clean Harbors Environmental
Services, Inc.
3527 Whiskey Bottom Road
Laurel, MD 20724

Clean Method
8409 Lee Highway #826
Merrifield, VA 22116

Clearcode Web Solutions
297 Via Carmine Avenue
Vaughan, ON L4H2R4

Comcast
PO Box 8587
Philadelphia, PA 19101-8587

ComEd
P.O. BOX 6111,
Carol Stream, IL 60197-611

Complete Building Systems, Inc.
2411 Crofton Lane, Suite 15A
Crofton, MD 21114

Complete Conversion Services, Inc.
46 Wishing Rock Rd, Suite C
Pasadena, MD 21122

Comptroller of Maryland
Revenue Administration Division
110 Carroll Street
Annapolis, MD 21411-0001

Connecticut Department of Labor
200 Folly Brook Boulevard
Wethersfield, CT 06109

Continental Buying Group
1170 Kane Concourse Suite 420
Bay Harbor Islands, FL 33154

Contract Connection Inc
21308 Bourdeaux Pl
Laytonsville, MD 20882-1933

Control Cable  Inc
7261 Ambassador Road
Baltimore, MD 21244

Cordia Resources
8229 Boone Blvd Suite 300
Vienna, VA 22182

CORNES TECHNOLOGIES USA
780 Montague Expressway
Suite 506
San Jose, CA 95131

Coverall North America, Inc.
2955 Momentum Place
CHICAGO, IL 60689

Creative Safety Supply, LLC
8030 SW Nimbus Avenue
Beaverton, OR 97008

Crystal Mark, Inc.
613 Justin Ave
Glendale, CA 91201

CSC Leasing Company
6802 Paragon Place
Suite 350
Richmond, VA 23230

CT Corporation
Wolters Kluwer
8020 Excelsior Dr.
Suite #200
Madison, WI 53717

D.B. Roberts Company
6520 Meridien Dr
Suite 100
Raleigh, North Carolina 27616-6677

Datasite
P.O. Box 74007252
Chicago, IL 60674-7252

DC Group, Inc.
1977 W. River Road N.
Minneapolis, MN 55411

Delaware Division of Corporations
John G. Townsend Bldg.
401 Federal Street
Suite 4
Dover, DE 19901

DELL Technologies
Payment Processing Center
P.O. Box 5275
Carol Stream, IL 60197

Department of Assessment and Taxation
301 West Preston Street Personal Propert
Baltimore, MD 21201-2395

Diamantes Creados
Calzada del Valle 201-E
Colonia del Valle SPGG, 66220 NL Mexico

Diamond Elements
Plot-761, Icchapore GIDC, Icchapore-Bhatp
Surat,  395007

Diamond Nexus
5050 W Ashland Way
Franklin, WI 53132

Dibert Valve & Fittings Co., Inc.
P.O. Box 7699
Richmond, VA 23231

Direct Office Furniture
405 East Gude Drive Ste 210
Rockville, MD 20850

DIVAL SAFETY EQUIPMENT
1721 Niagara Street
Buffalo, NY 14207

DM Gems
104, Shri Mansarovar CHS
Kandivali (W), MUMBAI - 400 06,

Don Nash
2752 Sweetwater Court
District Heights, MD 20747

Dykema
400 Renaissance Center
Detroit, MI 48243

Eagle HR, Inc.
2603 Oakledge Court
Vienna, VA 22181

Eastern Lift Truck, Inc
Po Box 307
Maple Shade, NJ 08052

Eckert Seamans Cherin & Mellott, LLC
600 Grant Street 44th Floor
Philadelphia, PA 15219

Ed Newman
275 Date Palm Rd
Apt 505
Vero Beach, FL 32963-1553

EDP Corporation
6-3, 4-Chome Kamishinden
Toyonaka, Osaka 5600085

Edward Michael Consulting, LLC
P.O. BOX 291219
Los Angeles, CA 90029

Edwards Vacuum LLC
DEPT CH 19935
Palatine, IL 60055-9935

Eitan Philippe Sabba
Eitan Sabba
1720 Wilmart Street
Rockville, MD 20852

Elda Fistani
674 Cross River Rd
Katonah, NY 10536

ENTEGRIS INC
NW 9863
PO Box  1450
Minneapolis, MN 55485

ESSENTIAL LAB GROWN DIAMONDS INC
22 West 48th Street SUITE 200
NEW YORK, NY 10036

Ethereal Green Diamond LLP
F.P. No.23/A Ground Floor Paiki Part-B
Near Standard Mill Compound. Lal Darwaja
395008

Eurofins EAG Materials Science, LLC
810 Kifer Rd
Sunnyvale, CA 94086

Evolution, Inc.
529 Fifth Avenue, 12th Floor
New York, NY 10017

Evoqua Water Technologies
12000 Indian Creek Ct
Beltsville, MD 20705

Eyelit, Inc.
8 Lenora Drive
West Simsbury, CT 06092-2108

Fanelli McClain, Inc
FM Studios
3928 Pender Drive, Suite 220
Fairfax, VA 22030

FedEx
P.O. Box 37146
Pittsburgh, PA 15250-7461

FedEx Freight
PO BOX 223125
PITTSBURGH, PA 15251-2125

Fenix Diamonds LLC
592 5th Avenue
Suite 1103
New York, NY 10036

Ferrari Express Inc.
215 Mill Street
Lawrence, NY 11559

FESTO CORPORATION
PO BOX 1355
BUFFALO, NY 14240

Fidelity Engineering LLC
25 Loveton Circle
Sparks Glencoe, MD 21152

Fidelity Mechanical Services
7001 Muirkirk Meadows Drive Suite E
Beltsville, MD 20705

FILMETRICS, INC.
10655 ROSELLE STREET SUITE 200
San Diego, CA 92121

First National Bank
4140 E State Street
Hermitage, PA 16148

Fischer Connectors, Inc
PO Box 932936
Atlanta, GA 31193-2936

Flashpoint LLC
PO Box 823461
Philadelphia, PA 19182-3461

Fluorez Technology LTD
64 Chang Chun Rd
Xindian District, New Taipei City, 231

Fonon Laser Technologies, LLC
1101 N Keller Rd
Suite G2
Orlando, FL 32810

Forefront Corporation
1516 Normandy Rd
Ann Arbor, MI 48103

Freeman
PO Box 734596
Dallas, TX 75373-4596

G&G Technical, Inc.
46 Darby Road
Paoli, PA 19301

GAAS Mantech
9450 SW Gemini Dr.
#26585
Beaverton, OR 97008

Gallagher Fluid Seals
500 Hertzog Blvd
King of Prussia, PA 19406

Gem Certification and
Assurance Lab, Inc.
580 Fifth Avenue, Suite LL-05
New York, NY 10036

Gemological Institute of America, Inc.
50 W 47th Street Unit 400
New York, NY 10036

Gemological Science International LLC
581 Fifth Avenue Forth Floor
York, NY 10017

Gemtrue Co., Limited
9F, Building 10, Gang Zai Industrial Park, Xinqiano,
Shajing Town, Boan District,
Shenzhen City

GIS Benefits
PO Box 1806
San Antonio, TX 78296-1806

Global Engineering Solutions, Inc
6700A Rockledge Dr
Suite 301
Bethesda, MD 20817

Go Glitter
RM 701, 7/F,RISE COMMERCIAL BUILDING
5-11 GRANVILLE CIRCUIT
T.S.T. KOWLOON, HONG KONG

Griffin Networks
19209 Chennault Way Ste K
Gaithersburg, MD 20879

Groot Industries, Inc.
PO BOX 535233
PITTSBURGH, PA 15253-5233

Guild+Facet
3114 Tonnelle ave
North Bergen, NJ 07047-2312

Harris Diamond Corporation
348 Anterbury Dr.
Apex, NC 27502

Harvey W. Hottel Inc.
18900 Woodfield Road
Gaithersburg, Md 20879-4717

Hemant Shah & Co
B11, Grand Paradi
Dadyseth Hil August Kranti Marg
Mumbai, India 400 036

Herb Doscher
20 Alder Lane
Sandy Hook, CT 06482

Homburger AG
Prime Tower
Hardstrasse 201
Zurich 8005

HRA Group Holdings Ltd.
1501-3777 KINGSWAY
Burnaby, BC V5H 3Z7

HSI Workplace Compliance Solutions, Inc.
333 West Canal Dr
Kennewick, WA 99336

Huron Capital Partners LLC
Attn: Becky Bielicki
500 Griswold-Suite 2700
Detroit, MI 48226

Ice Stones LTD
Tuval 21, Yahalom Building Ramat
Gan 5252236 Israel

Ideal Vacuum
5910 Midway Park NE
Albuquerque, NM 87109-5805

Illinois Dept of Revenue
PO Box 19045
Springfield, IL 62794-9045

Ingersoll Rand
800-E Beaty Street
Davidson, NC 28036

Innovative Carbon Group
717 Forest Ave, Suite 270
Lake Forest, IL 60045

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

International Gemological Institute
551 Fifth Avenue Suite 700
New York, NY 10176

Interstate Service Company, Inc.
4101 Utah Ave.
Brentwood, MD 20722

InterVision Systems, Inc.
16401 Swingley Ridge Rd
St. Louis, MS 63017

J.C. Heating & Cooling, INC
7099 Santa Fe Dr
Unit G
Hodgkins, IL 90525

James Morris LLP
500 Delaware Ave
Suite 1500
Wilmington, DE 19801

Janet Johnson
146 Shawmut St
Springfield, MA 01108

Jaykar Laser Care
6/1470, Amrut Kunj
Kansata Sheri, Mahidharpura
Surat, 395003

JC Jewels Pty Ltd
Level 10, Suite 02 410 Collins Street
MELBOURNE VIC 3000 AUS

Jean-Claud Remy
10048 Padua Way
Owings Mills, MD 21117

Jensen Hughes, INC
PO Box 62680
Baltimore, MD 21264-2680

Jessica Len
98 Victoria Drive
Basking Ridge, NJ 07920

Jewel Exim Inc
1645 Swift Ave
N Kansas City, MO 64116

Jewelers Board of Trade
95 JEFFERSON BLVD.
WARWICK, RI 02888

Jhaveri Diamond Corporation
550 S. Hill Street, Suite 1596
Los Angeles, CA 90013

JinTeck Trading Comany
7 101, Building 124, Shi Fo Ying,
Shi Fo Ying Dongli
CHAOYANG DISTRICT, Beijing, 10002-5

JM Care Plan
24 JEWELERS PARK DRIVE
NEENAH, WI 54957

Joe Ferguson
8331 Moline Pl
Springfield, VA 22153-3313

John Ciraldo
23012 Blue Flag Cir
Clarksburg, MD 20871-3360

John Goudie Electrical Contractor Inc.
4457 Southern Business Park Dr
White Plains, MD 20695

John S. Connor  Inc.
P.O. Box 791384
Baltimore, MD 21279

Johnson Crane Services, Inc.
11709 Old Baltimore Pike
Beltsville, MD 20705

Jonathan Levine-Miles
14624 Silverstone Drive
Silver Spring, MD 20905

Josh Luiza
2108 George Boiardi Ln
Annapolis, MD 21401

Joshua Blackketter
3355 W Sunnyside Ave Apt 3
Chicago, IL 60625

Judith Ivry
25 E 4 St #5
New York, NY 10003

Kassoy
HEADQUARTERS
101 Commercial Street -  Suite 200
Plainview, NY 11803

Keentek Inc.
2314 Washington Blvd
Ogden, UT 84401

Kelly Generator & Equipment, Inc
1955 Dale Lane
Owings, MD 20736

Keri DeCastro
2211 Oberliln Dr.
Woodbridge, VA 22191

Kesslers Diamonds
N96 W16920 County Line Rd
Germantown, WI 53022

Keystone Consulting Group, LLC
311 South Wacker Drive, Suite 5000
Chicago, IL 60606

King & Spalding LLP
1180 Peachtree Street, NE
ATLANTA, GA 30309

Kingfish Group, Inc.
950 Tower Lane, Suite 925
Foster City, CA 94404

Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

KNS Contracting, LLC
4018 Blackburn Lane
Burtonsville, MD 20866

Kramer Datapower, Inc.
1015 South Rt 83
2nd Floor
Elmhurst, IL 60126

KSM Co. LTD
71 Sorae-ro Gimpo Gyeonggi-do
Gyeonggi-do 10040

KTA - A Bowman Company
12950 Worldgate Drive #100
Herndon, VA 20170

KTL Solutions Inc
5119 Pegasus Court
Frederick, MD 21704

Kurt J. Lesker
PO Box 951677
Cleveland, OH 44193

Lab Alley
1927 Lohmans Crossing
Suite 201
Austin, TX 78734

Lab Grown Diamond LLC
37 W. 47 St Exchange. Suite 800
New York, NY 10036

LadyBug Technologies LLC
9290 Barnes Drive
Boise, ID 83709

LASER SOS
127 Hartwell Street
Suite 700
West Boylston, MA 01583

Laurel Fuel Oil
101 Main St
Laurel , MD 20707

LAV.EL Gomma S.R.L
Via Aldo Moro 20/22
Cologne, 25033

LDetek INC.
990 Rue Monfette Est Thetford Mines , QC
G6G7K-6

LDS Vacuum Products, Inc
773 Big Tree Drive
Longwood, FL 32750

Legacy Search Advisors
PO Box 62
Upper Falls, MD 21156

Legal Resources
2877 Guardian Lane, Suite 101
Virginia Beach, VA 23452

LeVaun Dicks
5616 Coolidge Street
Capital Heights, MD 20743

Leybold USA Inc.
6005 Enterprise Drive
Export, PA 15632

Linde Gas & Equipment Inc.
8025 Dorsey Run Road
Jessup, MD 20794-9326

Link Logistics, Inc
PO Box 200712
Dallas, TX 20705-1254

Louisiana Dept of Revenue
PO Box 751
Baton Rouge, LA 70821-0751

Lusix Ltd.
POB 4099
Nes Ziona 7414002

LUXURY DISPLAY GROUP LLC
2909 Percey Ln
Plano, TX 75025

M. Geller Ltd.
29 E. Madison St., Suite 1805
Chicago, IL 60602

Malakan Diamond Company
P.O. BOX 16279
Fresno, CA 93755

Malca-Amit
Attn: Accounts Receivable
P.O. Box 345003
Jamaica, NY 11434-9003

Mallick Plumbing & Heating, Inc.
8010 Cessna Avenue
Gaithersburg, MD 20879

Marco Rubber & Plastics, LLC
PO Box 1150
Seabrook, NH 03874

Marks Jewelers
975 Bethlehem Pike
Montgomeryville, PA 18936

Marty Hurwitz
The MVEye
6207 Bee Cave Road
Austin, TX 78746

Mason-Dixon Welding
750 Old Ridge Road
Hanover, PA 17331

Materials Research Furnaces, LLC
65 Pinewood Road
Allenstown, NH 03275

Matheson
7201 Montevideo Road
Jessup, MD 20794-9313

Matterhackers Inc
20321 Valencia Circle
Lake Forest, CA 92630

MCM High Performance Sealing
via Castello, 70
I-24060 ADRARA S.M. (BG)

McMaster-Carr
200 New Canton Way
Robbinsville Twp, NJ 08691

MD Secretary of State
301 W. Preston Street; 8th Floor
Baltimore, MD 21201-2395

MDE - CRTK
P.O. Box 1417
Baltimore, MD 21203

Meyer Tool & Mfg. Inc.
4601 W. Southwest Hwy.
Oak Lawn, IL 60453

Michael Grunza
4525 Cole Ave
Apt 1228
Dallas, TX 75205-4267

Michelle Berardelli
Michelle Berardelli
145 Union St
Montclair, NJ 07042

Michelle Torchia
34 MapleCrest Circle, Apt J
Holyoke, MA 01040

Micro Edge Inc.
101 N Gray  Ave
Wilmington, DE 19805

Micro-Machine Inc.
6718-A Industrial Drive
Beltsville, MD 20705

Mission Critical Power Services LLC
599 Point Drive
Petersburg, WV 26847

Mitsubishi Electric Power Products, Inc.
547 Keystone Drive Suite 300
Warrendale, PA 15086
800 887, 07830

MKS Instruments
P.O. Box 3553
Boston, MA 02241-3553

MoneyWise Solutions
PO Box 652
Midlothian, VA 23113

Moss Adams LLP
PO Box 101822
Pasadena, CA 91189-1822

Muegge Gerling
1064 Woodland Avenue Suite U
Modesto, CA 95351

Mukala Partners LLC
501 Boylston Street, 10th Floor
Boston, MA 02116

Munic Gems NV
Hoveniersstraat 9
Antwerp 2018

Nathaniel Deverich
130 Lexington Ave. Apt. 1
Brooklyn, NY 11216

Neatframe Inc.
PO Box 392839
Pittsburgh, PA 15250

New York Dept of Taxation & Finance
Corp-V
PO Box 15163
Albany, NY 12212-5163

New York State Department of Labor
PO Box 15122
Albany, NY 12212-5122

Nicor Gas
PO BOX 5407
CAROL STREAM, IL 60197

NiTel, Inc.
350 N. Orleans St, Suite 1300N
Chicago, IL 60654

Nivoda USA LLC
614N Suite 210 Dupont Hwy
Dover, DE 19901

NJ Division of Taxation
PO Box 259
Trenton, NJ 08695-0259

Nor-Cal Products Inc.
1967 South Oregon St
Yreka, CA 96097

Northrop Grumman Corporation
20 Point West Blvd.
St. Charles, MO 63301

NuPure
106B Schneider Road
Ottawa ON  K2K 1Y2, Canada

Nutter, McClennen & Fish LLP
Seaport West 155 Seaport Blvd
Boston, MA 02210-2604

Occupational Health Centers
PO Box 18277
Baltimore, MD 21227-0277

Office of Tax and Revenue
Office of Tax and Revenue
PO Box 96019
Washington, DC 20090-6019

Ohio State Business Filing
22 North Fourth Street
Columbus, OH 43215

Old Dominion Freight Line Inc
500 Old Dominion Way
Thomasville, NC 27360

Ophir-Spiricon, LLC
3050 North 300 West
North Logan, UT 84341

Optum Bank
PO Box 271629
Salt Lake City, UT 84127

Orion Energy Credit Opportunities Fund
Fund III L.P.
292 Madison Avenue, St. 2500
New York, NY 10017

Orkin
514 Progress Dr.
Suite M
Linthicum Heights, MD 21090

Orth Optimization, LLC
Dr. Robert Neidigh
414 East Main Street
Blain, PA 17006

Oscar Massin
1230 Avenue of the Americas
#163
New York, NY 10020

Outset, Inc
900 North Orlando
Los Angeles, CA 90069

25

Overnight Mountings, Inc.
1400 Plaza Ave
New Hyde Park, NY 11040

Paradiam
20 W 47th Street, Ste 720
New York, NY 10036

Paychex
Human Resource Services
1175 John St
West Henrietta, NY 14586-9199

Paycor Inc.
PO BOX 639860
Cincinnati, OH 45263-9860

Pepco
PO Box 13608
Philadelphia, PA 19101

Perkins Coie LLP
P.O. Box 24643
Seattle, WA 98124

Peter Chung
878 West End Ave Apt 15B
New York, NY 10025

Pfeiffer Vacuum Inc.
24 Trafalgar Square
Nashua, NH 03063-1988

Plante Moran, PLLC
3000 Town Center, Suite 400
Southfield, MI 48075

PLIC - SBD Grand Island
PO Box 10372
Des Moines, IA 50306-0372

Polyscience
6600 W Touhy Ave
Niles, IL 60714

Polytec, Inc
16400 Bake Parkway #200
Irvine, CA 92618

Potter, Anderson, Corron LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

PR Newswire Associate LLC
G.P.O. BOX 5897
NEW YORK, NY 10087-5897

Precision International Corporation
2191 S 30th Street
Haines City, FL 33844

Primary Enterprises LLC
3818 Ironwood Place
Landover, MD 20785

Prince Georges County
P.O. Box 17578
Baltimore, MD 21297-1578

Prism Gem LLC dba US Diamond Technologies
31 W 47TH STREET
SUITE 612
NEW YORK, NY 10036

Process Technologies, INC.
619 - R Franklin Street West
Reading, PA 19611

Proton Energy Systems, Inc.
d/b/a Nel Hydrogen US
10 Technology Drive
Wallingford, CT 06492

Provac Sales Inc
3131 Soquel Drive
Soquel, CA 95073

Pure Lab Diamonds
Building E-2, 3rd Floor, F.P.108/P
Naginawadi Road, OPP RJD Business Hub
Katargam,395004

Pure Stones
30 Hoveniersstraat Box 001
Antwerp, 2018

R. Bradley & Associates
The Photonics Group
Pine Ridge Office Park, Suite 211
Durham, NC 27713-8547

R. Bruce Carson Jewelers
12814-G Shank Farm Way
Hagerstown, MD 21742

R.P. Enterprises
2ND FLOOR, 202-Lalita Estate, J-Building
R.SNO=411 Near SMC Community Hall
Vasta Katargram Road, Katargram, Road, 390054

Rachel Wilkie
5017 Willage Ct SE
Ada, MI 49301

Real Illusion LLP
247-E 2nd Flr Panchratna
Mama Parmanand Marg., Opera House, Girgaon, Mumbai, 40000-4

REB Research & Consulting
12851 Capital St.
Oak Park, MI 48237

Reed Exhibitions
Attn: RELX Inc. dba Reed Exhibitions
Box 9599
7th Floor East, NY 11245

Re-form
Re-form
8410 Kelso Drive
Baltimore, MD 21221

Reinhard Boehler
1830 Paint Rock Ferry Road
Kingston, TN 37763

Renehan's
12680 Old Frederick Road
Sykesville, MD 21784

Richardson Electronics, Ltd
5169 Eagle Way
Chicago, IL 60678-1051

Rico Tools
GRENSSTRAAT 11
2270 HERENTHOUT BELGIUM, ET14000/12973

Rigol
10220 SW Nimbus Ave. Suite K-7
Portland, OR 97223

Robbins Brothers
1300 W. Optical Drive Ste 200
Azusa, CA 91702

Roberts Oxygen
17011 Railroad Street
Gaithersburg, MD 20877

Roger D. Flanders - Diamond Cutter
5999 South Park #270
Hamburg, NY 14075

Royal Cup Inc.
PO Box 841000
Dallas, TX 75284-1000

RTD Seals Corp
12121 Nicollet Ave S
Burnsville, MN 55337

Sahajanand
E-2, GIDC Electronic Estate
Sector – 26, Gandhinagar – 382028 Gujarat

Sairem
82 rue Elis e Reclus
DECINES 69150

Sam Desanto Co. Inc
14628 Rothgeb Dr
Rockville, MD 20850

Sarine North America Inc
50 West 47th Street
Suite 1008
New York, NY 10036

SAS Institute Inc.
SAS Campus Drive
Cary, NC 27513

SCS Global Services
SCIENTIFIC CERTIFICATION SYSTEMS, INC PO
SAN FRANCISCO, CA 94145-0034

SemiTorr Group - Pennsylvania
7036 Snowdrift Road
Suite 105
Allentown, PA 18106

Semitorr Group, Inc.
7175 NE Evergreen Parkway, Suite 200
Hillsboro, OR 97124

Shelly Moore
23 Oak Lane
Montville, NJ 07045

ShelterPoint Life Insurance Company
PO Box 9340
Garden City, NY 11530

Shen Zhen Dikai Industrial Co., LTD
0F, Building 10, Gang Zai Industrial Park
Xian Qiao, Shajing, Baoan, She

Shinka Sustainability Consultants
2837 Hanley Rd E
Saint Joseph, MI 49085

Skokie Valley Air Control, Inc.
6310 Lincoln
Morton Grove, IL 60053

Smith Group, Inc
1700 New York Ave, NW
Suite 100
Washington, DC 20006

Soaring Eagle Consulting, Inc.
235 Apollo Beach Blvd Box 206 Apollo
Beach, FL 33572

Solar Atmospheres Inc
190 Keystone Drive
Telford, PA 18969

Solberg Manufacturing Inc
Solberg Manufacturing Inc
Itasca, IL 60143

Southwest Diamond Cutters, Inc.
13721 Omega Rd.
Dallas, TX 75244

SpecGas
86 Vincent Circle
Warminster, PA 18974

Stanley Access Technologies, LLC
PO Box 0371595
Pittsburgh, PA 15251

Stanley Zale
104 Sorority Drive
Lafayette, LA 70506

Staples
PO Box 105638
Atlanta, GA 30348-5638

State Department of Assessment & Taxation
Department of Assessment & Taxation
P.O. Box 17052
Baltimore, MD 21297-1052

State of Connecticut DOR
450 Columbus Blvd. Suite 1.
Hartford, CT 06103

State of Delaware
Delaware Division of Revenue/Bankruptcy Service
Attn:  Bankruptcy Administrator
Carvel State Building, 820 N. French Street, 8th Floor
Wilimington, DE 19901

State of Maryland
110 Carroll Street
Annapolis, MD 21411-0001

Stein IP LLC
1990 M St. NW, Suite 610
Washington, DC 20036

Stout Risius Ross, LLC
150 W. Second Street, Suite 100
Royal Oak, MI 48067

Strem Chemicals, Inc.
7 Mulliken Way
Newburyport, MA 01950

Sue Rechner
85 Newtown Turnpike
Weston, CT 06883-2110

Sunbelt Rentals, Inc.
2341 Deerfield Dr.
Fort Mill, SC 29715

Suntrust Merchant Services
PO Box 2394
Omaha, NE 68103-2394

Susan Michalski
4293 Wilcor Drive
New Franklin, OH 44319

Swiss Capital TLCP Private Debt Fund L.P.
c/o Tree Line Capital Partners, LLC
3 Embarcadero Center
Suite 2320
San Francisco, CA 94111

T&D Electrical LLC
3344 W Irving Park Road
Chicago, IL 60618

T&M Machine Shop, Inc.
12201-A Distribution Way
Beltsville, MD 20705

Talent Remedy
1080 Summerfield Drive
Cumming, GA 30040

Taylor Wessing LLP
5 New Street Square
London,  EC4A3-TW

Technical Glass Products, Inc.
881 Callendar Boulevard
Painesville, OH 44077

Tellerina Comercio De Presentes E Artigo
Para Decoracao S.A, Av. Andre Araujo
97, Sala 116, Ed Forum Business Center
City of Manaus, State of Amazonas,Brazil

Templar
70 W. 36th., Ste 12E
New York, NY 10018

Texas Comptroller of Public Accounts
P.O. Box 149348
Austin, TX 78714-9348

The ADT Security Corporation
1501 Yamato Rd
Boca Raton, FL 33431

The Boston Consulting Group, Inc.
2715 Woodward Ave.
Suite 200
Detroit, MI 48201

The MVEye
6207 Bee Cave Road
Austin, TX 78746

The Plumb Club Association
157 Engle St.
Englewood, NJ 07631

The Retirement Advantage, Inc.
PO Box 825
Elm Grove, WI 53122-0825

Thorlabs Inc
10335 Guilford Rd
Jessup, NJ 20794

Tiffany Dean Finley
15747 Brookhill Ct
Waterford, VA 20197

Tom Hitselberger
117 Academy Street
Annapolis, MD 21401-3503

Tree Line Credit Strategies, LP
c/o Tree Line Capital Partners, LLC
3 Embarcadero Center
Suite 2320
San Francisco, CA 94111

Tree Line Direct Lending, LP
c/o Tree Line Capital Partners, LLC
3 Embarcadero Center
Suite 2320
San Francisco, CA 94111

TriMech Solutions
4461 Cox Road Suite 302
Glen Allen, VA 23060

Uline
12575 Uline Drive
Pleasant Prairie, WI 05315

UniFirst Corporation
PO Box 650481
Dallas, TX 75265

United Parcel Service
28013 Network Place
Chicago, IL 60673-1280

United Silica Products, Inc.
3 Park Drive
Franklin, NJ 07416

United States Treasury
500 Pennsylvania Avenue, NW
Washington, DC 20220

University of Maryland College Park
4101 Chesapeake Building, 4300 Terrapin
Park, MD 20742

US Naval Research Laboratory
4555 Overlook Ave SW Electronics Science
& Technology Division, #6852
Washington, DC 20375

US Synthetic Corp.
1260 South 1600 West
Orem, UT 84058

V360 Technology Inc.
580, 5th Avenue, Suite 421
New York, NY 10036

Verizon
PO Box 489
Newark, NJ 07101-0489

Virtual Diamond Boutique Inc
580 Fifth Avenue, Suite 629
New York, NY 10036

Washington Gas
Accounts 0201, 0718-8605, 2215, 4826, 1328-8068
6801 Industrial Rd
Springfield, VA 22151

Wisconsin Department of Revenue
PO Box 3208
MIlwaukee, WI 53201-3028

Womble Bond Dickinson (US) LLP
PO Box 601879
Charlotte, NC 28260-1879

WWEX Investment Holdings, LLC
PO BOX 21272
NEW YORK, NY 10087

X-ray Wizards LLC
41617 Swiftwater Dr
Leesburg, VA 20176

X-Rite Incorporated
Pantone LLC
Lockbox 62750 62750 Collection Center Dri
Chicago, IL 60693-0627

Zohar Kirshenboim
6021 Neilwood Dr
Rockville, MD 20852

Zoro Tools, Inc.
909 Asbury Drive
Buffalo Grove, IL 60089