# Notice Recipients

District/Off: 0311−1 User: admin Date Created: 10/16/2023
Case: 23−11699−TMH Form ID: 309C Total: 389

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db M7D Corporation 6710 Virginia Manor Road Beltsville, MD 20705−1289
tr Jeoffrey L. Burtch P.O. Box 549 Wilmington, DE 19899
aty Jeffrey R. Waxman Morris James LLP 500 Delaware Avenue, Suite 1500 P.O. Box 2306 Wilmington, DE 19801
18659201 4TEKGEAR LLC 533 Forest Way Dr FORT MILL, SC 29715
18659202 ABC Diamond Tools 4872 S Ridgeside Cir Ann Arbor, MI 48105
18659204 AC Manufacturing 245 Kinney Drive San Jose, CA 95112
18659214 AFA Protective Systems, Inc. PO BOX 21030 New York, NY 10087−1030
18659203 Abrading Methods, INC 1011 Davis Road Elgin, IL 60123
18659205 Accu−Glass Products, Inc. 25047 Anza Dr Valencia, CA 91355
18659206 Ace Fire Extinguisher Service, Inc. 5117 College Avenue College Park, MD 20740
18659207 Acquiom Clearinghouse LLC fbo Acquiom Clearinghouse Clients 950 17th Street Denver, CO 80202
18659208 Acropolis Advisors, LLC 3 Cameron Ave Somerville, MA 02144
18659209 Across International LLC 111 Dorsa Ave Livingston, NJ 07039
18659210 Active Power, Inc. Dept 0205 P.O. Box 120205 Dallas, TX 75312
18659211 Adaptive Business Solutions, Inc. 225 Cedar Hill Road, Suite 200 Marlborough, MA 01752
18659212 Advanced First Aid Inc 9321 Philadelphia Road, Suites A & B Baltimore, MD 21237
18659213 Advantage Moving and Storage, Inc. 2641 Corporate Parkway Algonquin, IL 60102
18659215 Airgas USA, Inc. 2900 52ND AVE HYATTSVILLE, MD 20781−1103
18659216 Airline Hydraulics Corporation PO Box 536746 Pittsburgh, PA 15253−5909
18659217 Alec Madoff 65 Valleywood Road Cos Cob, CT 06807
18659218 Ali Saleem 4 Vireo Cir Newark, DE 19711
18659219 All Filters 795 W 1700 S Ste 1 Woods Cross, UT 84087
18659220 Alter, Inc. 16 West 46th Street 12th New York, NY 10036
18659221 Ametek Pittman 1500 Meriden Road Waterbury, CT 67605
18659222 Amit Levin 11119 ROSEMONT DR Rockville, MD 20852−3681
18659223 Anderson Materials Evaluation, Inc. 9051 Red Branch Road, Suite C Columbia, MD 21045
18659224 Andrea Scicchitano 110 Somerset St Apt 1108 New Brunswick, NJ 08901
18659225 Applied Controls Inc. 47 General warren blvd Malvern, PA 19355
18659226 Applied Diamond, Inc 3825 Lancaster Pike Wilmington, DE 19805
18659227 Appsilon Ileri Malzemeler Dan. San. ve Tic. A.S. Sanayi Mah. Teknopark Bulv. Teknopark 1B 1/1B 34906 Pendik, Istanbul,
18659228 Arbon Equipment Corporation 25464 Network Place Chicago, IL 60673
18659229 Aries 12 Longford Circuit Darch Western, Austrailia 06065
18659230 Arradiance LLC 11 A Beaver Brook Rd Littleton, MA 01460
18659231 Ashcom Technologies, INC 3917 Research Park Dr. Suite B4, Ann Arbor, MI 48108
18659232 Aston Carter 3689 Collection Center Dr. Chicago, IL 60693
18659233 Atlas Copco Compressors LLC Dept. CH 19511 Palatine, IL 60055−9511
18659234 Augsburg Diamond Technology GmbH Am Technologiezentrum 5 DE−86159 Augsbur
18659235 Automotive Investments Co. 1808 Johns Drive Glenview, IL 60025
18659236 B.O.S.S. P.O. Box 91 Owings, MD 20736
18659237 B9 Sequoia Ammendale LLC c/o B9 Sequoia Wiegman Owner LP PO Box 200712 Dallas, TX 75320−0712
18659238 Baileys Fine Jewelry 415 Daniel Street Raleigh, NC 27605
18659239 Banner Industries of NE Inc 10100 Nokesville Road Manassas, VA 21110
18659240 Baoji Boxin Metal Materials Co Ltd No.25 Yongqing Industrial Park Mayling Town
18659241 Bartlomiej Kocznur b.kocznur@gmail.com Kniaziewicza street Piaseczno, 05−500
18659242 Bellataire LLC 1334 W. Herndon Ave Fresno, CA 93711
18659243 Benjamin Culmer 1346 Carpers Farm Way Vienna, VA 22182
18659244 Bettonville Service Slomczynska 21A 05−510 Konstancin−Jeziorna Poland
18659245 Boland Trane Services Inc. PO Box 223862 Chantilly, VA 20153−3862
18659246 Breitling Chronometrie SA Allee du Laser 10 2300 La Chaux−de−Fonds La Chaux−de−Fonds CHE 10108−4970
18659247 Brighter Strategies, LLC 6533 Arlington Blvd, #2414 Falls Church, VA 22042
18659248 Brinks Global Services P.O. Box 677444 Dallas, TX 75267−7444
18659249 Brittany Lewis 53 Whippoorwill Crossing Armonk, NY 10504−1032
18659250 Brooks Instrument c/o Flow−Tech, Inc 407 West Vine Street Hatfield, PA 19440
18659251 C.PRAKASH & CO EC4101 BHARAT DIAMOND BOURSE BKC BANDRA EAST MUMBAI, MH
18659252 C2 Imaging PO Box 854537 Minneapolis, MN 55485−4537
18659257 CARL MARKS ADVISORY GROUP LLC 900 Third Avenue − 33rd Floor New York, NY 10022−4775
18659278 CORNES TECHNOLOGIES USA 780 Montague Expressway Suite 506 San Jose, CA 95131
18659282 CSC Leasing Company 6802 Paragon Place Suite 350 Richmond, VA 23230
18659283 CT Corporation Wolters Kluwer 8020 Excelsior Dr. Suite #200 Madison, WI 53717
18659253 Caleb Wood 21854 Hyde Park Dr Ashburn, VA 20147−6908
18659254 California Franchise Tax Board PO Box 942857 Sacremento, CA 94257−0531
18659255 California Secretary of State 1500 11th Street Sacramento, CA 95814

18659256 Carl Kubas Consulting LLC 10220 162nd Street Chippewa Falls, WI 54729
18659258 Carnegie Institute of Washington Attn: Office of General Counsel 5241 Broad Branch Rd NW Washington, DC 20015
18659259 Chantal Weedman 5317 Serather Court Garner, NC 27529
18659260 Checkr Group Inc. 1 Montgomery Street Suite 2400 San Fransico, CA 94104
18659261 Chesapeake Systems 7400 Coca Cola Drive Hanover, MD 21076
18659262 Choice One Recruiting LP 4415 Delina Road Cornersville, TN 37047
18659263 Christopher Taylor 6500 Insey Street District Heights, MD 20747
18659264 Cision US Inc. 12501 Indian Creek Ct. Beltsville, MD 20705
18659265 Clean Harbors Environmental Services, Inc. 3527 Whiskey Bottom Road Laurel, MD 20724
18659266 Clean Method 8409 Lee Highway #826 Merrifield, VA 22116
18659267 Clearcode Web Solutions 297 Via Carmine Avenue Vaughan, ON L4H2R4
18659269 ComEd P.O. BOX 6111, Carol Stream, IL 60197−611
18659268 Comcast PO Box 8587 Philadelphia, PA 19101−8587
18659270 Complete Building Systems, Inc. 2411 Crofton Lane, Suite 15A Crofton, MD 21114
18659271 Complete Conversion Services, Inc. 46 Wishing Rock Rd, Suite C Pasadena, MD 21122
18659272 Comptroller of Maryland Revenue Administration Division 110 Carroll Street Annapolis, MD 21411−0001
18659273 Connecticut Department of Labor 200 Folly Brook Boulevard Wethersfield, CT 06109
18659274 Continental Buying Group 1170 Kane Concourse Suite 420 Bay Harbor Islands, FL 33154
18659275 Contract Connection Inc 21308 Bourdeaux Pl Laytonsville, MD 20882−1933
18659276 Control Cable Inc 7261 Ambassador Road Baltimore, MD 21244
18659277 Cordia Resources 8229 Boone Blvd Suite 300 Vienna, VA 22182
18659279 Coverall North America, Inc. 2955 Momentum Place CHICAGO, IL 60689
18659280 Creative Safety Supply, LLC 8030 SW Nimbus Avenue Beaverton, OR 97008
18659281 Crystal Mark, Inc. 613 Justin Ave Glendale, CA 91201
18659284 D.B. Roberts Company 6520 Meridien Dr Suite 100 Raleigh, North Carolina 27616−6677
18659286 DC Group, Inc. 1977 W. River Road N. Minneapolis, MN 55411
18659288 DELL Technologies Payment Processing Center P.O. Box 5275 Carol Stream, IL 60197
18659295 DIVAL SAFETY EQUIPMENT 1721 Niagara Street Buffalo, NY 14207
18659296 DM Gems 104, Shri Mansarovar CHS Kandivali (W), MUMBAI − 400 06,
18659285 Datasite P.O. Box 74007252 Chicago, IL 60674−7252
18659287 Delaware Division of Corporations John G. Townsend Bldg. 401 Federal Street Suite 4 Dover, DE 19901
18659289 Department of Assessment and Taxation 301 West Preston Street Personal Propert Baltimore, MD 21201−2395
18659629 Department of Labor Division of Unemployment Insurance P.O. Box 9953 Wilmington, DE 19809
18659290 Diamantes Creados Calzada del Valle 201−E Colonia del Valle SPGG, 66220 NL Mexico
18659291 Diamond Elements Plot−761, Icchapore GIDC, Icchapore−Bhat Surat, 395007
18659292 Diamond Nexus 5050 W Ashland Way Franklin, WI 53132
18659293 Dibert Valve & Fittings Co., Inc. P.O. Box 7699 Richmond, VA 23231
18659294 Direct Office Furniture 405 East Gude Drive Ste 210 Rockville, MD 20850
18659297 Don Nash 2752 Sweetwater Court District Heights, MD 20747
18659298 Dykema 400 Renaissance Center Detroit, MI 48243
18659303 EDP Corporation 6−3, 4−Chome Kamishinden Toyonaka, Osaka 5600085
18659308 ENTEGRIS INC NW 9863 PO Box 1450 Minneapolis, MN 55485
18659309 ESSENTIAL LAB GROWN DIAMONDS INC 22 West 48th Street SUITE 200 NEW YORK, NY 10036
18659299 Eagle HR, Inc. 2603 Oakledge Court Vienna, VA 22181
18659300 Eastern Lift Truck, Inc Po Box 307 Maple Shade, NJ 08052
18659301 Eckert Seamans Cherin & Mellott, LLC 600 Grant Street 44th Floor Philadelphia, PA 15219
18659302 Ed Newman 275 Date Palm Rd Apt 505 Vero Beach, FL 32963−1553
18659304 Edward Michael Consulting, LLC P.O. BOX 291219 Los Angeles, CA 90029
18659305 Edwards Vacuum LLC DEPT CH 19935 Palatine, IL 60055−9935
18659306 Eitan Philippe Sabba Eitan Sabba 1720 Wilmart Street Rockville, MD 20852
18659307 Elda Fistani 674 Cross River Rd Katonah, NY 10536
18659310 Ethereal Green Diamond LLP F.P. No.23/A Ground Floor Paiki Part−B Near Standard Mill Compound. Lal Darwaja 395008
18659311 Eurofins EAG Materials Science, LLC 810 Kifer Rd Sunnyvale, CA 94086
18659312 Evolution, Inc. 529 Fifth Avenue, 12th Floor New York, NY 10017
18659313 Evoqua Water Technologies 12000 Indian Creek Ct Beltsville, MD 20705
18659314 Eyelit, Inc. 8 Lenora Drive West Simsbury, CT 06092−2108
18659320 FESTO CORPORATION PO BOX 1355 BUFFALO, NY 14240
18659323 FILMETRICS, INC. 10655 ROSELLE STREET SUITE 200 San Diego, CA 92121
18659315 Fanelli McClain, Inc FM Studios 3928 Pender Drive, Suite 220 Fairfax, VA 22030
18659316 FedEx P.O. Box 37146 Pittsburgh, PA 15250−7461
18659317 FedEx Freight PO BOX 223125 PITTSBURGH, PA 15251−2125
18659318 Fenix Diamonds LLC 592 5th Avenue Suite 1103 New York, NY 10036
18659319 Ferrari Express Inc. 215 Mill Street Lawrence, NY 11559
18659321 Fidelity Engineering LLC 25 Loveton Circle Sparks Glencoe, MD 21152
18659322 Fidelity Mechanical Services 7001 Muirkirk Meadows Drive Suite E Beltsville, MD 20705
18659324 First National Bank 4140 E State Street Hermitage, PA 16148
18659325 Fischer Connectors, Inc PO Box 932936 Atlanta, GA 31193−2936
18659326 Flashpoint LLC PO Box 823461 Philadelphia, PA 19182−3461
18659327 Fluorez Technology LTD 64 Chang Chun Rd Xindian District, New Taipei City, 231
18659328 Fonon Laser Technologies, LLC 1101 N Keller Rd Suite G2 Orlando, FL 32810
18659329 Forefront Corporation 1516 Normandy Rd Ann Arbor, MI 48103

18659330 Freeman PO Box 734596 Dallas, TX 75373−4596
18659331 G&G Technical, Inc. 46 Darby Road Paoli, PA 19301
18659332 GAAS Mantech 9450 SW Gemini Dr. #26585 Beaverton, OR 97008
18659338 GIS Benefits PO Box 1806 San Antonio, TX 78296−1806
18659333 Gallagher Fluid Seals 500 Hertzog Blvd King of Prussia, PA 19406
18659334 Gem Certification and Assurance Lab, Inc. 580 Fifth Avenue, Suite LL−05 New York, NY 10036
18659335 Gemological Institute of America, Inc. 50 W 47th Street Unit 400 New York, NY 10036
18659336 Gemological Science International LLC 581 Fifth Avenue Forth Floor York, NY 10017
18659337 Gemtrue Co., Limited 9F, Building 10, Gang Zai Industrial Par Shajing Town, Boan District, Shenzhen City
18659339 Global Engineering Solutions, Inc 6700A Rockledge Dr Suite 301 Bethesda, MD 20817
18659340 Go Glitter RM 701, 7/F,RISE COMMERCIAL BUILDING 5−11 GRANVILLE CIRCUIT T.S.T. KOWLOON, HONG KONG
18659341 Griffin Networks 19209 Chennault Way Ste K Gaithersburg, MD 20879
18659342 Groot Industries, Inc. PO BOX 535233 PITTSBURGH, PA 15253−5233
18659343 Guild+Facet 3114 Tonnelle ave North Bergen, NJ 07047−2312
18659349 HRA Group Holdings Ltd. 1501−3777 KINGSWAY Burnaby, BC V5H 3Z7
18659350 HSI Workplace Compliance Solutions, Inc. 333 West Canal Dr Kennewick, WA 99336
18659344 Harris Diamond Corporation 348 Anterbury Dr. Apex, NC 27502
18659345 Harvey W. Hottel Inc. 18900 Woodfield Road Gaithersburg, Md 20879−4717
18659346 Hemant Shah & Co B11, Grand Paradi Dadyseth Hil August Kranti Marg Mumbai, India 400 036
18659347 Herb Doscher 20 Alder Lane Sandy Hook, CT 06482
18659348 Homburger AG Prime Tower Hardstrasse 201 Zurich 8005
18659351 Huron Capital Partners LLC Attn: Becky Bielicki 500 Griswold−Suite 2700 Detroit, MI 48226
18659352 Ice Stones LTD Tuval 21, Yahalom Building Ramat Gan 5252236 Israel
18659353 Ideal Vacuum 5910 Midway Park NE Albuquerque, NM 87109−5805
18659354 Illinois Dept of Revenue PO Box 19045 Springfield, IL 62794−9045
18659355 Ingersoll Rand 800−E Beaty Street Davidson, NC 28036
18659356 Innovative Carbon Group 717 Forest Ave, Suite 270 Lake Forest, IL 60045
18659360 InterVision Systems, Inc. 16401 Swingley Ridge Rd St. Louis, MS 63017
18659357 Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101−7346
18659358 International Gemological Institute 551 Fifth Avenue Suite 700 New York, NY 10176
18659359 Interstate Service Company, Inc. 4101 Utah Ave. Brentwood, MD 20722
18659361 J.C. Heating & Cooling, INC 7099 Santa Fe Dr Unit G Hodgkins, IL 90525
18659365 JC Jewels Pty Ltd Level 10, Suite 02 410 Collins Street MELBOURNE VIC 3000 AUS
18659373 JM Care Plan 24 JEWELERS PARK DRIVE NEENAH, WI 54957
18659362 James Morris LLP 500 Delaware Ave Suite 1500 Wilmington, DE 19801
18659363 Janet Johnson 146 Shawmut St Springfield, MA 01108
18659364 Jaykar Laser Care 6/1470, Amrut Kunj Kansata Sheri, Mahidharpura Surat, 395003
18659366 Jean−Claud Remy 10048 Padua Way Owings Mills, MD 21117
18659198 Jeffrey R. Waxman Morris James LLP 500 Delaware Avenue Suite 1500 Wilmington, DE 19801
18659367 Jensen Hughes, INC PO Box 62680 Baltimore, MD 21264−2680
18659368 Jessica Len 98 Victoria Drive Basking Ridge, NJ 07920
18659369 Jewel Exim Inc 1645 Swift Ave N Kansas City, MO 64116
18659370 Jewelers Board of Trade 95 JEFFERSON BLVD. WARWICK, RI 02888
18659371 Jhaveri Diamond Corporation 550 S. Hill Street, Suite 1596 Los Angeles, CA 90013
18659372 JinTeck Trading Comany 7 101, Building 124, Shi Fo Ying, Shi Fo Ying Dongli CHAOYANG DISTRICT, Beijing, 10002−5
18659374 Joe Ferguson 8331 Moline Pl Springfield, VA 22153−3313
18659375 John Ciraldo 23012 Blue Flag Cir Clarksburg, MD 20871−3360
18659376 John Goudie Electrical Contractor Inc. 4457 Southern Business Park Dr White Plains, MD 20695
18659377 John S. Connor Inc. P.O. Box 791384 Baltimore, MD 21279
18659378 Johnson Crane Services, Inc. 11709 Old Baltimore Pike Beltsville, MD 20705
18659379 Jonathan Levine−Miles 14624 Silverstone Drive Silver Spring, MD 20905
18659380 Josh Luiza 2108 George Boiardi Ln Annapolis, MD 21401
18659381 Joshua Blackketter 3355 W Sunnyside Ave Apt 3 Chicago, IL 60625
18659382 Judith Ivry 25 E 4 St #5 New York, NY 10003
18659392 KNS Contracting, LLC 4018 Blackburn Lane Burtonsville, MD 20866
18659394 KSM Co. LTD 71 Sorae−ro Gimpo Gyeonggi−do Gyeonggi−do 10040
18659395 KTA − A Bowman Company 12950 Worldgate Drive #100 Herndon, VA 20170
18659396 KTL Solutions Inc 5119 Pegasus Court Frederick, MD 21704
18659383 Kassoy HEADQUARTERS 101 Commercial Street − Suite 200 Plainview, NY 11803
18659384 Keentek Inc. 2314 Washington Blvd Ogden, UT 84401
18659385 Kelly Generator & Equipment, Inc 1955 Dale Lane Owings, MD 20736
18659386 Keri DeCastro 2211 Oberliln Dr. Woodbridge, VA 22191
18659387 Kesslers Diamonds N96 W16920 County Line Rd Germantown, WI 53022
18659388 Keystone Consulting Group, LLC 311 South Wacker Drive, Suite 5000 Chicago, IL 60606
18659389 King & Spalding LLP 1180 Peachtree Street, NE ATLANTA, GA 30309
18659390 Kingfish Group, Inc. 950 Tower Lane, Suite 925 Foster City, CA 94404
18659391 Kirkland & Ellis LLP 300 North LaSalle Chicago, IL 60654
18659393 Kramer Datapower, Inc. 1015 South Rt 83 2nd Floor Elmhurst, IL 60126
18659397 Kurt J. Lesker PO Box 951677 Cleveland, OH 44193
18659401 LASER SOS 127 Hartwell Street Suite 700 West Boylston, MA 01583

18659403 LAV.EL Gomma S.R.L Via Aldo Moro 20/22 Cologne, 25033
18659405 LDS Vacuum Products, Inc 773 Big Tree Drive Longwood, FL 32750
18659404 LDetek INC. 990 Rue Monfette Est Thetford Mines , QC G6G7K−6
18659414 LUXURY DISPLAY GROUP LLC 2909 Percey Ln Plano, TX 75025
18659398 Lab Alley 1927 Lohmans Crossing Suite 201 Austin, TX 78734
18659399 Lab Grown Diamond LLC 37 W. 47 St Exchange. Suite 800 New York, NY 10036
18659400 LadyBug Technologies LLC 9290 Barnes Drive Boise, ID 83709
18659402 Laurel Fuel Oil 101 Main St Laurel , MD 20707
18659408 LeVaun Dicks 5616 Coolidge Street Capital Heights, MD 20743
18659406 Legacy Search Advisors PO Box 62 Upper Falls, MD 21156
18659407 Legal Resources 2877 Guardian Lane, Suite 101 Virginia Beach, VA 23452
18659409 Leybold USA Inc. 6005 Enterprise Drive Export, PA 15632
18659410 Linde Gas & Equipment Inc. 8025 Dorsey Run Road Jessup, MD 20794−9326
18659411 Link Logistics, Inc PO Box 200712 Dallas, TX 20705−1254
18659412 Louisiana Dept of Revenue PO Box 751 Baton Rouge, LA 70821−0751
18659413 Lusix Ltd. POB 4099 Nes Ziona 7414002
18659415 M. Geller Ltd. 29 E. Madison St., Suite 1805 Chicago, IL 60602
18659196 M7D Corporation 6710 Virginia Manor Road Beltsville, MD 20705−1289
18659426 MCM High Performance Sealing via Castello, 70 I−24060 ADRARA S.M. (BG)
18659428 MD Secretary of State 301 W. Preston Street; 8th Floor Baltimore, MD 21201−2395
18659429 MDE − CRTK P.O. Box 1417 Baltimore, MD 21203
18659438 MKS Instruments P.O. Box 3553 Boston, MA 02241−3553
18659416 Malakan Diamond Company P.O. BOX 16279 Fresno, CA 93755
18659417 Malca−Amit Attn: Accounts Receivable P.O. Box 345003 Jamaica, NY 11434−9003
18659418 Mallick Plumbing & Heating, Inc. 8010 Cessna Avenue Gaithersburg, MD 20879
18659419 Marco Rubber & Plastics, LLC PO Box 1150 Seabrook, NH 03874
18659420 Marks Jewelers 975 Bethlehem Pike Montgomeryville, PA 18936
18659421 Marty Hurwitz The MVEye 6207 Bee Cave Road Austin, TX 78746
18659422 Mason−Dixon Welding 750 Old Ridge Road Hanover, PA 17331
18659423 Materials Research Furnaces, LLC 65 Pinewood Road Allenstown, NH 03275
18659424 Matheson 7201 Montevideo Road Jessup, MD 20794−9313
18659425 Matterhackers Inc 20321 Valencia Circle Lake Forest, CA 92630
18659427 McMaster−Carr 200 New Canton Way Robbinsville Twp, NJ 08691
18659430 Meyer Tool & Mfg. Inc. 4601 W. Southwest Hwy. Oak Lawn, IL 60453
18659431 Michael Grunza 4525 Cole Ave Apt 1228 Dallas, TX 75205−4267
18659432 Michelle Berardelli Michelle Berardelli 145 Union St Montclair, NJ 07042
18659433 Michelle Torchia 34 MapleCrest Circle, Apt J Holyoke, MA 01040
18659434 Micro Edge Inc. 101 N Gray Ave Wilmington, DE 19805
18659435 Micro−Machine Inc. 6718−A Industrial Drive Beltsville, MD 20705
18659436 Mission Critical Power Services LLC 599 Point Drive Petersburg, WV 26847
18659437 Mitsubishi Electric Power Products, Inc. 547 Keystone Drive Suite 300 Warrendale, PA 15086 800 887, 07830
18659439 MoneyWise Solutions PO Box 652 Midlothian, VA 23113
18659440 Moss Adams LLP PO Box 101822 Pasadena, CA 91189−1822
18659441 Muegge Gerling 1064 Woodland Avenue Suite U Modesto, CA 95351
18659442 Mukala Partners LLC 501 Boylston Street, 10th Floor Boston, MA 02116
18659443 Munic Gems NV Hoveniersstraat 9 Antwerp 2018
18659451 NJ Division of Taxation PO Box 259 Trenton, NJ 08695−0259
18659444 Nathaniel Deverich 130 Lexington Ave. Apt. 1 Brooklyn, NY 11216
18659445 Neatframe Inc. PO Box 392839 Pittsburgh, PA 15250
18659446 New York Dept of Taxation & Finance Corp−V PO Box 15163 Albany, NY 12212−5163
18659447 New York State Department of Labor PO Box 15122 Albany, NY 12212−5122
18659449 NiTel, Inc. 350 N. Orleans St, Suite 1300N Chicago, IL 60654
18659448 Nicor Gas PO BOX 5407 CAROL STREAM, IL 60197
18659450 Nivoda USA LLC 614N Suite 210 Dupont Hwy Dover, DE 19901
18659452 Nor−Cal Products Inc. 1967 South Oregon St Yreka, CA 96097
18659453 Northrop Grumman Corporation 20 Point West Blvd. St. Charles, MO 63301
18659454 NuPure 106B Schneider Road Ottawa ON K2K 1Y2, Canada
18659455 Nutter, McClennen & Fish LLP Seaport West 155 Seaport Blvd Boston, MA 02210−2604
18659456 Occupational Health Centers PO Box 18277 Baltimore, MD 21227−0277
18659457 Office of Tax and Revenue Office of Tax and Revenue PO Box 96019 Washington, DC 20090−6019
18659458 Ohio State Business Filing 22 North Fourth Street Columbus, OH 43215
18659459 Old Dominion Freight Line Inc 500 Old Dominion Way Thomasville, NC 27360
18659460 Ophir−Spiricon, LLC 3050 North 300 West North Logan, UT 84341
18659461 Optum Bank PO Box 271629 Salt Lake City, UT 84127
18659462 Orion Energy Credit Opportunities Fund Fund III L.P. 292 Madison Avenue, St. 2500 New York, NY 10017
18659463 Orkin 514 Progress Dr. Suite M Linthicum Heights, MD 21090
18659464 Orth Optimization, LLC Dr. Robert Neidigh 414 East Main Street Blain, PA 17006
18659465 Oscar Massin 1230 Avenue of the Americas #163 New York, NY 10020
18659466 Outset, Inc 900 North Orlando Los Angeles, CA 90069
18659467 Overnight Mountings, Inc. 1400 Plaza Ave New Hyde Park, NY 11040
18659476 PLIC − SBD Grand Island PO Box 10372 Des Moines, IA 50306−0372
18659480 PR Newswire Associate LLC G.P.O. BOX 5897 NEW YORK, NY 10087−5897
18659468 Paradiam 20 W 47th Street, Ste 720 New York, NY 10036
18659469 Paychex Human Resource Services 1175 John St West Henrietta, NY 14586−9199
18659470 Paycor Inc. PO BOX 639860 Cincinnati, OH 45263−9860

18659471 Pepco PO Box 13608 Philadelphia, PA 19101
18659472 Perkins Coie LLP P.O. Box 24643 Seattle, WA 98124
18659473 Peter Chung 878 West End Ave Apt 15B New York, NY 10025
18659474 Pfeiffer Vacuum Inc. 24 Trafalgar Square Nashua, NH 03063−1988
18659475 Plante Moran, PLLC 3000 Town Center, Suite 400 Southfield, MI 48075
18659477 Polyscience 6600 W Touhy Ave Niles, IL 60714
18659478 Polytec, Inc 16400 Bake Parkway #200 Irvine, CA 92618
18659479 Potter, Anderson, Corron LLP 1313 North Market Street P.O. Box 951 Wilmington, DE 19899−0951
18659481 Precision International Corporation 2191 S 30th Street Haines City, FL 33844
18659482 Primary Enterprises LLC 3818 Ironwood Place Landover, MD 20785
18659483 Prince Georges County P.O. Box 17578 Baltimore, MD 21297−1578
18659484 Prism Gem LLC dba US Diamond Technologies 31 W 47TH STREET SUITE 612 NEW YORK, NY 10036
18659485 Process Technologies, INC. 619 − R Franklin Street West Reading, PA 19611
18659486 Proton Energy Systems, Inc. d/b/a Nel Hydrogen US 10 Technology Drive Wallingford, CT 06492
18659487 Provac Sales Inc 3131 Soquel Drive Soquel, CA 95073
18659488 Pure Lab Diamonds Building E−2, 3rd Floor, F.P.108/P Naginawadi Road, OPP RJD Business Hub Katargam,395004
18659489 Pure Stones 30 Hoveniersstraat Box 001 Antwerp, 2018
18659490 R. Bradley & Associates The Photonics Group Pine Ridge Office Park, Suite 211 Durham, NC 27713−8547
18659491 R. Bruce Carson Jewelers 12814−G Shank Farm Way Hagerstown, MD 21742
18659492 R.P. Enterprises 2ND FLOOR, 202−Lalita Estate, J−Building R.SNO=411 Near SMC Community Hall Vasta Katargram Road, Katargram, Road, 3
18659495 REB Research & Consulting 12851 Capital St. Oak Park, MI 48237
18659507 RTD Seals Corp 12121 Nicollet Ave S Burnsville, MN 55337
18659493 Rachel Wilkie 5017 Willage Ct SE Ada, MI 49301
18659497 Re−form Re−form 8410 Kelso Drive Baltimore, MD 21221
18659494 Real Illusion LLP 247−E 2nd Flr Panchratna Mama Parmanand Marg., Opera House Girgaon, Mumbai, 40000−4
18659496 Reed Exhibitions Attn: RELX Inc. dba Reed Exhibitions Box 9599 7th Floor East, NY 11245
18659498 Reinhard Boehler 1830 Paint Rock Ferry Road Kingston, TN 37763
18659499 Renehan's 12680 Old Frederick Road Sykesville, MD 21784
18659500 Richardson Electronics, Ltd 5169 Eagle Way Chicago, IL 60678−1051
18659501 Rico Tools GRENSSTRAAT 11 2270 HERENTHOUT BELGIUM, ET14000/12973
18659502 Rigol 10220 SW Nimbus Ave. Suite K−7 Portland, OR 97223
18659503 Robbins Brothers 1300 W. Optical Drive Ste 200 Azusa, CA 91702
18659504 Roberts Oxygen 17011 Railroad Street Gaithersburg, MD 20877
18659505 Roger D. Flanders − Diamond Cutter 5999 South Park #270 Hamburg, NY 14075
18659506 Royal Cup Inc. PO Box 841000 Dallas, TX 75284−1000
18659512 SAS Institute Inc. SAS Campus Drive Cary, NC 27513
18659513 SCS Global Services SCIENTIFIC CERTIFICATION SYSTEMS, INC PO SAN FRANCISCO, CA 94145−0034
18659508 Sahajanand E−2, GIDC Electronic Estate Sector 26, Gandhinagar 382028 Gujara
18659509 Sairem 82 rue Elis e Reclus DECINES 69150
18659510 Sam Desanto Co. Inc 14628 Rothgeb Dr Rockville, MD 20850
18659511 Sarine North America Inc 50 West 47th Street Suite 1008 New York, NY 10036
18659197 Scott B.Kitei Honigman LLP 2290 First National Bldg. 660 Woodward Avenue Detroit, MI 48226−3506
18659514 SemiTorr Group − Pennsylvania 7036 Snowdrift Road Suite 105 Allentown, PA 18106
18659515 Semitorr Group, Inc. 7175 NE Evergreen Parkway, Suite 200 Hillsboro, OR 97124
18659516 Shelly Moore 23 Oak Lane Montville, NJ 07045
18659517 ShelterPoint Life Insurance Company PO Box 9340 Garden City, NY 11530
18659518 Shen Zhen Dikai Industrial Co., LTD 0F, Building 10, Gang Zai Industrial Par Xian Qiao, Shajing, Baoan, She
18659519 Shinka Sustainability Consultants 2837 Hanley Rd E Saint Joseph, MI 49085
18659520 Skokie Valley Air Control, Inc. 6310 Lincoln Morton Grove, IL 60053
18659521 Smith Group, Inc 1700 New York Ave, NW Suite 100 Washington, DC 20006
18659522 Soaring Eagle Consulting, Inc. 235 Apollo Beach Blvd Box 206 Apollo Beach, FL 33572
18659523 Solar Atmospheres Inc 190 Keystone Drive Telford, PA 18969
18659524 Solberg Manufacturing Inc Solberg Manufacturing Inc Itasca, IL 60143
18659525 Southwest Diamond Cutters, Inc. 13721 Omega Rd. Dallas, TX 75244
18659526 SpecGas 86 Vincent Circle Warminster, PA 18974
18659527 Stanley Access Technologies, LLC PO Box 0371595 Pittsburgh, PA 15251
18659528 Stanley Zale 104 Sorority Drive Lafayette, LA 70506
18659529 Staples PO Box 105638 Atlanta, GA 30348−5638
18659530 State Department of Assessment & Taxation Department of Assessment & Taxation P.O. Box 17052 Baltimore, MD 21297−1052
18659531 State of Connecticut DOR 450 Columbus Blvd. Suite 1. Hartford, CT 06103
18659532 State of Delaware Delaware Division of Revenue/Bankruptcy Attn: Bankruptcy Administrator Carvel State Building, 820 N. French Str Wilimington, DE 19901
18659628 State of Delaware Division of Revenue 820 N. French Street, 8th Floor Wilmington, DE 19801−0820
18659533 State of Maryland 110 Carroll Street Annapolis, MD 21411−0001
18659534 Stein IP LLC 1990 M St. NW, Suite 610 Washington, DC 20036
18659535 Stout Risius Ross, LLC 150 W. Second Street, Suite 100 Royal Oak, MI 48067

18659536 Strem Chemicals, Inc. 7 Mulliken Way Newburyport, MA 01950
18659537 Sue Rechner 85 Newtown Turnpike Weston, CT 06883−2110
18659538 Sunbelt Rentals, Inc. 2341 Deerfield Dr. Fort Mill, SC 29715
18659539 Suntrust Merchant Services PO Box 2394 Omaha, NE 68103−2394
18659540 Susan Michalski 4293 Wilcor Drive New Franklin, OH 44319
18659541 Swiss Capital TLCP Private Debt Fund L.P. c/o Tree Line Capital Partners, LLC 3 Embarcadero Center Suite 2320 San Francisco, CA 94111
18659542 T&D Electrical LLC 3344 W Irving Park Road Chicago, IL 60618
18659543 T&M Machine Shop, Inc. 12201−A Distribution Way Beltsville, MD 20705
18659544 Talent Remedy 1080 Summerfield Drive Cumming, GA 30040
18659545 Taylor Wessing LLP 5 New Street Square London, EC4A3−TW
18659546 Technical Glass Products, Inc. 881 Callendar Boulevard Painesville, OH 44077
18659547 Tellerina Comercio De Presentes E Artigo Para Decoracao S.A, Av. Andre Araujo 97, Sala 116, Ed Forum Business Center City of Manaus, State of Amazonas,Brazil
18659548 Templar 70 W. 36th., Ste 12E New York, NY 10018
18659549 Texas Comptroller of Public Accounts P.O. Box 149348 Austin, TX 78714−9348
18659550 The ADT Security Corporation 1501 Yamato Rd Boca Raton, FL 33431
18659551 The Boston Consulting Group, Inc. 2715 Woodward Ave. Suite 200 Detroit, MI 48201
18659552 The MVEye 6207 Bee Cave Road Austin, TX 78746
18659553 The Plumb Club Association 157 Engle St. Englewood, NJ 07631
18659554 The Retirement Advantage, Inc. PO Box 825 Elm Grove, WI 53122−0825
18659555 Thorlabs Inc 10335 Guilford Rd Jessup, NJ 20794
18659556 Tiffany Dean Finley 15747 Brookhill Ct Waterford, VA 20197
18659557 Tom Hitselberger 117 Academy Street Annapolis, MD 21401−3503
18659558 Tree Line Credit Strategies, LP c/o Tree Line Capital Partners, LLC 3 Embarcadero Center Suite 2320 San Francisco, CA 94111
18659559 Tree Line Direct Lending, LP c/o Tree Line Capital Partners, LLC 3 Embarcadero Center Suite 2320 San Francisco, CA 94111
18659560 TriMech Solutions 4461 Cox Road Suite 302 Glen Allen, VA 23060
18659567 US Naval Research Laboratory 4555 Overlook Ave SW Electronics Science & Technology Division, #6852 Washington, DC 20375
18659568 US Synthetic Corp. 1260 South 1600 West Orem, UT 84058
18659561 Uline 12575 Uline Drive Pleasant Prairie, WI 05315
18659562 UniFirst Corporation PO Box 650481 Dallas, TX 75265
18659563 United Parcel Service 28013 Network Place Chicago, IL 60673−1280
18659564 United Silica Products, Inc. 3 Park Drive Franklin, NJ 07416
18659565 United States Treasury 500 Pennsylvania Avenue, NW Washington, DC 20220
18659566 University of Maryland College Park 4101 Chesapeake Building, 4300 Terrapin Park, MD 20742
18659569 V360 Technology Inc. 580, 5th Avenue, Suite 421 New York, NY 10036
18659570 Verizon PO Box 489 Newark, NJ 07101−0489
18659571 Virtual Diamond Boutique Inc 580 Fifth Avenue, Suite 629 New York, NY 10036
18659199 WD Diamonds Holdings, Inc. 500 Griswold Street, Suite 2700 Detroit, MI 48226
18659200 WD Diamonds Intermediate Holdings, Inc 6710 Virginia Manor Road Beltsville, MD 20705−1289
18659575 WWEX Investment Holdings, LLC PO BOX 21272 NEW YORK, NY 10087
18659572 Washington Gas Accounts 0201, 0718−8605, 2215, 4826, 13 6801 Industrial Rd Springfield, VA 22151
18659573 Wisconsin Department of Revenue PO Box 3208 MIlwaukee, WI 53201−3028
18659574 Womble Bond Dickinson (US) LLP PO Box 601879 Charlotte, NC 28260−1879
18659577 X−Rite Incorporated Pantone LLC Lockbox 62750 62750 Collection Center Dr Chicago, IL 60693−0627
18659576 X−ray Wizards LLC 41617 Swiftwater Dr Leesburg, VA 20176
18659578 Zohar Kirshenboim 6021 Neilwood Dr Rockville, MD 20852
18659579 Zoro Tools, Inc. 909 Asbury Drive Buffalo Grove, IL 60089

TOTAL: 389