| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **M7D Corporation** <br> Name | EIN: | 46–0862280 |
| United States Bankruptcy Court | District of Delaware | Date case filed for chapter: | 7  10/11/23 |
| Case number: | 23–11699–TMH | | |

## Official Form 309C (For Corporations or Partnerships)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Valid picture ID is required for access to the J. Caleb Boggs Federal Building. Additionally, Debtor(s) must also present photo ID plus original verification of his/her social security number to the Bankruptcy Trustee. If you do not have a photo ID and/or original verification of your social security number, please contact the Office of the United States Trustee's (302–573–6491).**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | M7D Corporation | |
| 2. | **All other names used in the last 8 years** | dba WD Lab Grown Diamonds, fka Washington Diamonds Corporation | |
| 3. | **Address** | 6710 Virginia Manor Road <br> Beltsville, MD 20705–1289 | |
| 4. | **Debtor's attorney** <br> Name and address | Jeffrey R. Waxman <br> Morris James LLP <br> 500 Delaware Avenue, Suite 1500 <br> P.O. Box 2306 <br> Wilmington, DE 19801 | Contact phone 302–888–5842 <br><br> Email: jwaxman@morrisjames.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Jeoffrey L. Burtch <br> P.O. Box 549 <br> Wilmington, DE 19899 | Contact phone 302–472–7427 <br><br> Email: jburtch@burtchtrustee.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 824 Market Street, 3rd Floor <br> Wilmington, DE 19801 | Hours open: Monday – Friday 8:00 AM – 4:00 PM <br><br> Contact phone 302–252–2900 <br><br> Date: 10/16/23 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **November 13, 2023 at 12:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Zoom video meeting. Go to www.Zoom.us/join, Enter Meeting ID: 467 176 1801, Passcode: 9581459359, OR Call 1(302) 375–8160** <br><br> For additional information go to https://www.deb.uscourts.gov/virtual–341–meetings–creditors |
| 8. | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page 1

United States Bankruptcy Court
District of Delaware

In re:                                                                                                                                Case No. 23-11699-TMH
M7D Corporation                                                                                                            Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1                               User: admin                               Page 1 of 9
Date Rcvd: Oct 16, 2023                    Form ID: 309C                         Total Noticed: 358

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | M7D Corporation, 6710 Virginia Manor Road, Beltsville, MD 20705-1289 |
| tr | + | Jeoffrey L. Burtch, P.O. Box 549, Wilmington, DE 19899-0549 |
| 18659201 | + | 4TEKGEAR LLC, 533 Forest Way Dr, FORT MILL, SC 29715-8947 |
| 18659202 | + | ABC Diamond Tools, 4872 S Ridgeside Cir, Ann Arbor, MI 48105-9403 |
| 18659204 | + | AC Manufacturing, 245 Kinney Drive, San Jose, CA 95112-4433 |
| 18659214 | | AFA Protective Systems, Inc., PO BOX 21030, New York, NY 10087-1030 |
| 18659203 | + | Abrading Methods, INC, 1011 Davis Road, Elgin, IL 60123-1313 |
| 18659205 | + | Accu-Glass Products, Inc., 25047 Anza Dr, Valencia, CA 91355-3414 |
| 18659206 | + | Ace Fire Extinguisher Service, Inc., 5117 College Avenue, College Park, MD 20740-3833 |
| 18659207 | + | Acquiom Clearinghouse LLC, fbo Acquiom Clearinghouse Clients, 950 17th Street, Denver, CO 80202-2815 |
| 18659208 | + | Acropolis Advisors, LLC, 3 Cameron Ave, Somerville, MA 02144-2403 |
| 18659209 | + | Across International LLC, 111 Dorsa Ave, Livingston, NJ 07039-1002 |
| 18659210 | + | Active Power, Inc., Dept 0205, P.O. Box 120205, Dallas, TX 75312-0205 |
| 18659211 | + | Adaptive Business Solutions, Inc., 225 Cedar Hill Road, Suite 200, Marlborough, MA 01752-5900 |
| 18659212 | + | Advanced First Aid Inc, 9321 Philadelphia Road, Suites A & B, Baltimore, MD 21237-4144 |
| 18659213 | + | Advantage Moving and Storage, Inc., 2641 Corporate Parkway, Algonquin, IL 60102-9522 |
| 18659215 | | Airgas USA, Inc., 2900 52ND AVE, HYATTSVILLE, MD 20781-1103 |
| 18659216 | | Airline Hydraulics Corporation, PO Box 536746, Pittsburgh, PA 15253-5909 |
| 18659217 | + | Alec Madoff, 65 Valleywood Road, Cos Cob, CT 06807-2332 |
| 18659218 | + | Ali Saleem, 4 Vireo Cir, Newark, DE 19711-8326 |
| 18659219 | | All Filters, 795 W 1700 S Ste 1, Woods Cross, UT 84087 |
| 18659220 | + | Alter, Inc., 16 West 46th Street 12th, New York, NY 10036-4503 |
| 18659221 | + | Ametek Pittman, 1500 Meriden Road, Waterbury, CT 06705-3982 |
| 18659222 | | Amit Levin, 11119 ROSEMONT DR, Rockville, MD 20852-3681 |
| 18659223 | + | Anderson Materials Evaluation, Inc., 9051 Red Branch Road, Suite C, Columbia, MD 21045-2103 |
| 18659224 | + | Andrea Scicchitano, 110 Somerset St Apt 1108, New Brunswick, NJ 08901-4802 |
| 18659225 | + | Applied Controls Inc., 47 General warren blvd, Malvern, PA 19355-1245 |
| 18659226 | + | Applied Diamond, Inc, 3825 Lancaster Pike, Wilmington, DE 19805-1559 |
| 18659229 | | Aries, 12 Longford Circuit Darch, Western, Austrailia 06065 |
| 18659230 | + | Arradiance LLC, 11 A Beaver Brook Rd, Littleton, MA 01460-6232 |
| 18659231 | + | Ashcom Technologies, INC, 3917 Research Park Dr., Suite B4,, Ann Arbor, MI 48108-2354 |
| 18659232 | + | Aston Carter, 3689 Collection Center Dr., Chicago, IL 60693-0036 |
| 18659233 | | Atlas Copco Compressors LLC, Dept. CH 19511, Palatine, IL 60055-9511 |
| 18659234 | | Augsburg Diamond Technology GmbH, Am Technologiezentrum 5 DE-86159 Augsbur |
| 18659235 | + | Automotive Investments Co., 1808 Johns Drive, Glenview, IL 60025-1657 |
| 18659236 | + | B.O.S.S., P.O. Box 91, Owings, MD 20736-0091 |
| 18659237 | | B9 Sequoia Ammendale LLC, c/o B9 Sequoia Wiegman Owner LP, PO Box 200712, Dallas, TX 75320-0712 |
| 18659238 | + | Baileys Fine Jewelry, 415 Daniel Street, Raleigh, NC 27605-1314 |
| 18659239 | + | Banner Industries of NE Inc, 10100 Nokesville Road, Manassas, VA 20110 |

District/off: 0311-1                                    User: admin                                         Page 2 of 9
Date Rcvd: Oct 16, 2023                                 Form ID: 309C                                    Total Noticed: 358

| | | |
|---|---|---|
| 18659242 | + | Bellataire LLC, 1334 W. Herndon Ave, Fresno, CA 93711-0431 |
| 18659243 | + | Benjamin Culmer, 1346 Carpers Farm Way, Vienna, VA 22182-1347 |
| 18659244 |   | Bettonville Service, Slomczynska 21A, 05-510 Konstancin-Jeziorna Poland |
| 18659245 |   | Boland Trane Services Inc., PO Box 223862, Chantilly, VA 20153-3862 |
| 18659246 |   | Breitling Chronometrie SA, Allee du Laser 10 2300, La Chaux-de-Fonds La Chaux-de-Fonds CHE, 10108-4970 |
| 18659247 | + | Brighter Strategies, LLC, 6533 Arlington Blvd, #2414, Falls Church, VA 22042-3022 |
| 18659248 |   | Brinks Global Services, P.O. Box 677444, Dallas, TX 75267-7444 |
| 18659249 |   | Brittany Lewis, 53 Whippoorwill Crossing, Armonk, NY 10504-1032 |
| 18659250 | + | Brooks Instrument c/o Flow-Tech, Inc, 407 West Vine Street, Hatfield, PA 19440-3000 |
| 18659252 |   | C2 Imaging, PO Box 854537, Minneapolis, MN 55485-4537 |
| 18659257 |   | CARL MARKS ADVISORY GROUP LLC, 900 Third Avenue - 33rd Floor, New York, NY 10022-4775 |
| 18659278 | + | CORNES TECHNOLOGIES USA, 780 Montague Expressway, Suite 506, San Jose, CA 95131-1319 |
| 18659282 | + | CSC Leasing Company, 6802 Paragon Place, Suite 350, Richmond, VA 23230-1650 |
| 18659283 | + | CT Corporation, Wolters Kluwer, 8020 Excelsior Dr., Suite #200, Madison, WI 53717-1998 |
| 18659253 |   | Caleb Wood, 21854 Hyde Park Dr, Ashburn, VA 20147-6908 |
| 18659255 | + | California Secretary of State, 1500 11th Street, Sacramento, CA 95814-5701 |
| 18659256 | + | Carl Kubas Consulting LLC, 10220 162nd Street, Chippewa Falls, WI 54729-5035 |
| 18659258 | + | Carnegie Institute of Washington, Attn: Office of General Counsel, 5241 Broad Branch Rd NW, Washington, DC 20015-1305 |
| 18659259 | + | Chantal Weedman, 5317 Serather Court, Garner, NC 27529-7131 |
| 18659260 | + | Checkr Group Inc., 1 Montgomery Street, Suite 2400, San Fransico, CA 94104-5524 |
| 18659261 | + | Chesapeake Systems, 7400 Coca Cola Drive, Hanover, MD 21076-1394 |
| 18659262 | + | Choice One Recruiting LP, 4415 Delina Road, Cornersville, TN 37047-5237 |
| 18659263 | + | Christopher Taylor, 6500 Insey Street, District Heights, MD 20747-2801 |
| 18659264 |   | Cision US Inc., 12501 Indian Creek Ct., Beltsville, MD 20705 |
| 18659265 | + | Clean Harbors Environmental, Services, Inc., 3527 Whiskey Bottom Road, Laurel, MD 20724-1403 |
| 18659266 | + | Clean Method, 8409 Lee Highway #826, Merrifield, VA 22116-8229 |
| 18659267 |   | Clearcode Web Solutions, 297 Via Carmine Avenue, Vaughan, ON L4H2R4 |
| 18659268 |   | Comcast, PO Box 8587, Philadelphia, PA 19101-8587 |
| 18659270 | + | Complete Building Systems, Inc., 2411 Crofton Lane, Suite 15A, Crofton, MD 21114-1336 |
| 18659271 | + | Complete Conversion Services, Inc., 46 Wishing Rock Rd, Suite C, Pasadena, MD 21122-3948 |
| 18659273 | + | Connecticut Department of Labor, 200 Folly Brook Boulevard, Wethersfield, CT 06109-1153 |
| 18659274 | + | Continental Buying Group, 1170 Kane Concourse Suite 420, Bay Harbor Islands, FL 33154-2062 |
| 18659275 |   | Contract Connection Inc, 21308 Bourdeaux Pl, Laytonsville, MD 20882-1933 |
| 18659276 | + | Control Cable Inc, 7261 Ambassador Road, Baltimore, MD 21244-2726 |
| 18659277 | + | Cordia Resources, 8229 Boone Blvd Suite 300, Vienna, VA 22182-2623 |
| 18659279 | + | Coverall North America, Inc., 2955 Momentum Place, CHICAGO, IL 60689-5329 |
| 18659280 | + | Creative Safety Supply, LLC, 8030 SW Nimbus Avenue, Beaverton, OR 97008-6438 |
| 18659281 | + | Crystal Mark, Inc., 613 Justin Ave, Glendale, CA 91201-2396 |
| 18659284 | + | D.B. Roberts Company, 6520 Meridien Dr, Suite 100, Raleigh, North Carolina 27616-6678 |
| 18659286 | + | DC Group, Inc., 1977 W. River Road N., Minneapolis, MN 55411-3444 |
| 18659288 | + | DELL Technologies, Payment Processing Center, P.O. Box 5275, Carol Stream, IL 60197-5275 |
| 18659295 | + | DIVAL SAFETY EQUIPMENT, 1721 Niagara Street, Buffalo, NY 14207-3188 |
| 18659285 |   | Datasite, P.O. Box 74007252, Chicago, IL 60674-7252 |
| 18659289 |   | Department of Assessment and Taxation, 301 West Preston Street Personal Propert, Baltimore, MD 21201-2395 |
| 18659290 |   | Diamantes Creados, Calzada del Valle 201-E, Colonia del Valle SPGG, 66220 NL Mexico |
| 18659292 | + | Diamond Nexus, 5050 W Ashland Way, Franklin, WI 53132-8177 |
| 18659293 | + | Dibert Valve & Fittings Co., Inc., P.O. Box 7699, Richmond, VA 23231-0199 |
| 18659294 | + | Direct Office Furniture, 405 East Gude Drive Ste 210, Rockville, MD 20850-5357 |
| 18659297 | + | Don Nash, 2752 Sweetwater Court, District Heights, MD 20747-2788 |
| 18659298 | + | Dykema, 400 Renaissance Center, Detroit, MI 48243-1603 |
| 18659308 | + | ENTEGRIS INC, NW 9863, PO Box 1450, Minneapolis, MN 55485-1450 |
| 18659309 | + | ESSENTIAL LAB GROWN DIAMONDS INC, 22 West 48th Street SUITE 200, NEW YORK, NY 10036-1803 |
| 18659299 | + | Eagle HR, Inc., 2603 Oakledge Court, Vienna, VA 22181-5341 |
| 18659300 | + | Eastern Lift Truck, Inc, Po Box 307, Maple Shade, NJ 08052-0307 |
| 18659301 | + | Eckert Seamans Cherin & Mellott, LLC, 600 Grant Street 44th Floor, Philadelphia, PA 15219-2713 |
| 18659302 |   | Ed Newman, 275 Date Palm Rd, Apt 505, Vero Beach, FL 32963-1553 |
| 18659304 | + | Edward Michael Consulting, LLC, P.O. BOX 291219, Los Angeles, CA 90029-9219 |
| 18659305 |   | Edwards Vacuum LLC, DEPT CH 19935, Palatine, IL 60055-9935 |
| 18659306 | #+ | Eitan Philippe Sabba, Eitan Sabba, 1720 Wilmart Street, Rockville, MD 20852-4143 |
| 18659307 | + | Elda Fistani, 674 Cross River Rd, Katonah, NY 10536-3521 |
| 18659311 | + | Eurofins EAG Materials Science, LLC, 810 Kifer Rd, Sunnyvale, CA 94086-5203 |
| 18659312 | + | Evolution, Inc., 529 Fifth Avenue, 12th Floor, New York, NY 10017-4676 |
| 18659313 | + | Evoqua Water Technologies, 12000 Indian Creek Ct, Beltsville, MD 20705-1258 |

Case 23-11699-TMH    Doc 7    Filed 10/18/23    Page 4 of 10

| District/off: 0311-1 | User: admin | Page 3 of 9 |
|---|---|---|
| Date Rcvd: Oct 16, 2023 | Form ID: 309C | Total Noticed: 358 |

| | | |
|---|---|---|
| 18659314 | | Eyelit, Inc., 8 Lenora Drive, West Simsbury, CT 06092-2108 |
| 18659320 | + | FESTO CORPORATION, PO BOX 1355, BUFFALO, NY 14240-1355 |
| 18659323 | + | FILMETRICS, INC., 10655 ROSELLE STREET SUITE 200, San Diego, CA 92121-1557 |
| 18659317 | | FedEx Freight, PO BOX 223125, PITTSBURGH, PA 15251-2125 |
| 18659318 | + | Fenix Diamonds LLC, 592 5th Avenue, Suite 1103, New York, NY 10036-4707 |
| 18659319 | + | Ferrari Express Inc., 215 Mill Street, Lawrence, NY 11559-1257 |
| 18659321 | + | Fidelity Engineering LLC, 25 Loveton Circle, Sparks Glencoe, MD 21152-9201 |
| 18659322 | + | Fidelity Mechanical Services, 7001 Muirkirk Meadows Drive Suite E, Beltsville, MD 20705-6340 |
| 18659325 | | Fischer Connectors, Inc, PO Box 932936, Atlanta, GA 31193-2936 |
| 18659326 | | Flashpoint LLC, PO Box 823461, Philadelphia, PA 19182-3461 |
| 18659328 | + | Fonon Laser Technologies, LLC, 1101 N Keller Rd, Suite G2, Orlando, FL 32810-5944 |
| 18659329 | + | Forefront Corporation, 1516 Normandy Rd, Ann Arbor, MI 48103-5943 |
| 18659330 | | Freeman, PO Box 734596, Dallas, TX 75373-4596 |
| 18659331 | + | G&G Technical, Inc., 46 Darby Road, Paoli, PA 19301-1416 |
| 18659332 | + | GAAS Mantech, 9450 SW Gemini Dr., #26585, Beaverton, OR 97008-7105 |
| 18659338 | | GIS Benefits, PO Box 1806, San Antonio, TX 78296-1806 |
| 18659334 | + | Gem Certification and, Assurance Lab, Inc., 580 Fifth Avenue, Suite LL-05, New York, NY 10036-4701 |
| 18659335 | + | Gemological Institute of America, Inc., 50 W 47th Street Unit 400, New York, NY 10036-8621 |
| 18659336 | #+ | Gemological Science International LLC, 581 Fifth Avenue Forth Floor, York, NY 10017-8827 |
| 18659339 | + | Global Engineering Solutions, Inc, 6700A Rockledge Dr, Suite 301, Bethesda, MD 20817-2862 |
| 18659340 | | Go Glitter, RM 701, 7/F,RISE COMMERCIAL BUILDING, 5-11 GRANVILLE CIRCUIT, T.S.T. KOWLOON, HONG KONG |
| 18659341 | + | Griffin Networks, 19209 Chennault Way Ste K, Gaithersburg, MD 20879-4786 |
| 18659342 | | Groot Industries, Inc., PO BOX 535233, PITTSBURGH, PA 15253-5233 |
| 18659343 | | Guild+Facet, 3114 Tonnelle ave, North Bergen, NJ 07047-2312 |
| 18659349 | | HRA Group Holdings Ltd., 1501-3777 KINGSWAY, Burnaby, BC V5H 3Z7 |
| 18659344 | + | Harris Diamond Corporation, 348 Anterbury Dr., Apex, NC 27502-4712 |
| 18659345 | + | Harvey W. Hottel Inc., 18900 Woodfield Road, Gaithersburg, Md 20879-6704 |
| 18659346 | | Hemant Shah & Co, B11, Grand Paradi, Dadyseth Hil August Kranti Marg, Mumbai, India 400 036 |
| 18659347 | + | Herb Doscher, 20 Alder Lane, Sandy Hook, CT 06482-1404 |
| 18659351 | + | Huron Capital Partners LLC, Attn: Becky Bielicki, 500 Griswold-Suite 2700, Detroit, MI 48226-4485 |
| 18659352 | | Ice Stones LTD, Tuval 21, Yahalom Building Ramat, Gan 5252236 Israel |
| 18659353 | | Ideal Vacuum, 5910 Midway Park NE, Albuquerque, NM 87109-5805 |
| 18659355 | + | Ingersoll Rand, 800-E Beaty Street, Davidson, NC 28036-6924 |
| 18659356 | + | Innovative Carbon Group, 717 Forest Ave, Suite 270, Lake Forest, IL 60045-1822 |
| 18659360 | + | InterVision Systems, Inc., 16401 Swingley Ridge Rd, St. Louis, MS 63017-0742 |
| 18659358 | + | International Gemological Institute, 551 Fifth Avenue Suite 700, New York, NY 10176-2201 |
| 18659359 | + | Interstate Service Company, Inc., 4101 Utah Ave., Brentwood, MD 20722-1531 |
| 18659361 | + | J.C. Heating & Cooling, INC, 7099 Santa Fe Dr, Unit G, Hodgkins, IL 60525-5070 |
| 18659373 | + | JM Care Plan, 24 JEWELERS PARK DRIVE, NEENAH, WI 54956-3702 |
| 18659362 | + | James Morris LLP, 500 Delaware Ave, Suite 1500, Wilmington, DE 19801-1494 |
| 18659363 | + | Janet Johnson, 146 Shawmut St, Springfield, MA 01108-2925 |
| 18659367 | | Jensen Hughes, INC, PO Box 62680, Baltimore, MD 21264-2680 |
| 18659368 | + | Jessica Len, 98 Victoria Drive, Basking Ridge, NJ 07920-2534 |
| 18659369 | + | Jewel Exim Inc, 1645 Swift Ave, N Kansas City, MO 64116-3822 |
| 18659370 | + | Jewelers Board of Trade, 95 JEFFERSON BLVD., WARWICK, RI 02888-1046 |
| 18659371 | + | Jhaveri Diamond Corporation, 550 S. Hill Street, Suite 1596, Los Angeles, CA 90013-2452 |
| 18659374 | # | Joe Ferguson, 8331 Moline Pl, Springfield, VA 22153-3313 |
| 18659375 | | John Ciraldo, 23012 Blue Flag Cir, Clarksburg, MD 20871-3360 |
| 18659376 | + | John Goudie Electrical Contractor Inc., 4457 Southern Business Park Dr, White Plains, MD 20695-2841 |
| 18659377 | + | John S. Connor Inc., P.O. Box 791384, Baltimore, MD 21279-1384 |
| 18659378 | | Johnson Crane Services, Inc., 11709 Old Baltimore Pike, Beltsville, MD 20705 |
| 18659379 | + | Jonathan Levine-Miles, 14624 Silverstone Drive, Silver Spring, MD 20905-7419 |
| 18659380 | + | Josh Luiza, 2108 George Boiardi Ln, Annapolis, MD 21401-3289 |
| 18659381 | + | Joshua Blackketter, 3355 W Sunnyside Ave Apt 3, Chicago, IL 60625-5430 |
| 18659382 | + | Judith Ivry, 25 E 4 St #5, New York, NY 10003-7063 |
| 18659392 | + | KNS Contracting, LLC, 4018 Blackburn Lane, Burtonsville, MD 20866-1167 |
| 18659394 | | KSM Co. LTD, 71 Sorae-ro Gimpo Gyeonggi-do, Gyeonggi-do 10040 |
| 18659395 | + | KTA - A Bowman Company, 12950 Worldgate Drive #100, Herndon, VA 20170-6005 |
| 18659396 | + | KTL Solutions Inc, 5119 Pegasus Court, Frederick, MD 21704-7248 |
| 18659383 | + | Kassoy, HEADQUARTERS, 101 Commercial Street - Suite 200, Plainview, NY 11803-2408 |
| 18659384 | + | Keentek Inc., 2314 Washington Blvd, Ogden, UT 84401-1412 |
| 18659385 | + | Kelly Generator & Equipment, Inc, 1955 Dale Lane, Owings, MD 20736-4323 |
| 18659386 | #+ | Keri DeCastro, 2211 Oberliln Dr., Woodbridge, VA 22191-5908 |

| District/off: 0311-1 | User: admin | Page 4 of 9 |
|---|---|---|
| Date Rcvd: Oct 16, 2023 | Form ID: 309C | Total Noticed: 358 |

```
18659387      + Kesslers Diamonds, N96 W16920 County Line Rd, Germantown, WI 53022-4602
18659388      + Keystone Consulting Group, LLC, 311 South Wacker Drive, Suite 5000, Chicago, IL 60606-6631
18659389      + King & Spalding LLP, 1180 Peachtree Street, NE, ATLANTA, GA 30309-7525
18659391      + Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412
18659393        Kramer Datapower, Inc., 1015 South Rt 83, 2nd Floor, Elmhurst, IL 60126
18659397      + Kurt J. Lesker, PO Box 951677, Cleveland, OH 44193-0018
18659401      + LASER SOS, 127 Hartwell Street, Suite 700, West Boylston, MA 01583-2467
18659403        LAV.EL Gomma S.R.L, Via Aldo Moro 20/22, Cologne, 25033
18659405      + LDS Vacuum Products, Inc, 773 Big Tree Drive, Longwood, FL 32750-3513
18659404        LDetek INC., 990 Rue Monfette Est Thetford Mines , QC, G6G7K-6
18659414      + LUXURY DISPLAY GROUP LLC, 2909 Percey Ln, Plano, TX 75025-6586
18659399      + Lab Grown Diamond LLC, 37 W. 47 St Exchange. Suite 800, New York, NY 10036-2859
18659400      + LadyBug Technologies LLC, 9290 Barnes Drive, Boise, ID 83709-1554
18659402      + Laurel Fuel Oil, 101 Main St, Laurel , MD 20707-4381
18659408      + LeVaun Dicks, 5616 Coolidge Street, Capital Heights, MD 20743-6112
18659406      + Legacy Search Advisors, PO Box 62, Upper Falls, MD 21156-0062
18659407      + Legal Resources, 2877 Guardian Lane, Suite 101, Virginia Beach, VA 23452-7330
18659409      + Leybold USA Inc., 6005 Enterprise Drive, Export, PA 15632-8969
18659410        Linde Gas & Equipment Inc., 8025 Dorsey Run Road, Jessup, MD 20794-9326
18659411      + Link Logistics, Inc, PO Box 200712, Dallas, TX 75320-0712
18659412        Louisiana Dept of Revenue, PO Box 751, Baton Rouge, LA 70821-0751
18659415      + M. Geller Ltd., 29 E. Madison St., Suite 1805, Chicago, IL 60602-4852
18659428        MD Secretary of State, 301 W. Preston Street; 8th Floor, Baltimore, MD 21201-2395
18659429      + MDE - CRTK, P.O. Box 1417, Baltimore, MD 21203-1417
18659438        MKS Instruments, P.O. Box 3553, Boston, MA 02241-3553
18659416      + Malakan Diamond Company, P.O. BOX 16279, Fresno, CA 93755-6279
18659417        Malca-Amit, Attn: Accounts Receivable, P.O. Box 345003, Jamaica, NY 11434-9003
18659419      + Marco Rubber & Plastics, LLC, PO Box 1150, Seabrook, NH 03874-1150
18659420      + Marks Jewelers, 975 Bethlehem Pike, Montgomeryville, PA 18936-9607
18659421      + Marty Hurwitz, The MVEye, 6207 Bee Cave Road, Austin, TX 78746-5034
18659422      + Mason-Dixon Welding, 750 Old Ridge Road, Hanover, PA 17331-9528
18659423      + Materials Research Furnaces, LLC, 65 Pinewood Road, Allenstown, NH 03275-2346
18659424        Matheson, 7201 Montevideo Road, Jessup, MD 20794-9313
18659427      + McMaster-Carr, 200 New Canton Way, Robbinsville Twp, NJ 08691-2343
18659430      + Meyer Tool & Mfg. Inc., 4601 W. Southwest Hwy., Oak Lawn, IL 60453-1822
18659431        Michael Grunza, 4525 Cole Ave, Apt 1228, Dallas, TX 75205-4267
18659432      + Michelle Berardelli, Michelle Berardelli, 145 Union St, Montclair, NJ 07042-2102
18659433      + Michelle Torchia, 34 MapleCrest Circle, Apt J, Holyoke, MA 01040-7009
18659434      + Micro Edge Inc., 101 N Gray Ave, Wilmington, DE 19805-1837
18659435      + Micro-Machine Inc., 6718-A Industrial Drive, Beltsville, MD 20705-1237
18659436      + Mission Critical Power Services LLC, 599 Point Drive, Petersburg, WV 26847-8220
18659437        Mitsubishi Electric Power Products, Inc., 547 Keystone Drive Suite 300, Warrendale, PA 15086, 800 887, 07830
18659439      + MoneyWise Solutions, PO Box 652, Midlothian, VA 23113-0652
18659440        Moss Adams LLP, PO Box 101822, Pasadena, CA 91189-1822
18659441      + Muegge Gerling, 1064 Woodland Avenue Suite U, Modesto, CA 95351-1546
18659442      + Mukala Partners LLC, 501 Boylston Street, 10th Floor, Boston, MA 02116-3769
18659444      + Nathaniel Deverich, 130 Lexington Ave. Apt. 1, Brooklyn, NY 11216-1112
18659445      + Neatframe Inc., PO Box 392839, Pittsburgh, PA 15250-0001
18659446        New York Dept of Taxation & Finance, Corp-V, PO Box 15163, Albany, NY 12212-5163
18659447        New York State Department of Labor, PO Box 15122, Albany, NY 12212-5122
18659449      + NiTel, Inc., 350 N. Orleans St, Suite 1300N, Chicago, IL 60654-1975
18659450      + Nivoda USA LLC, 614N Suite 210 Dupont Hwy, Dover, DE 19901-3900
18659452      + Nor-Cal Products Inc., 1967 South Oregon St, Yreka, CA 96097-3462
18659453      + Northrop Grumman Corporation, 20 Point West Blvd., St. Charles, MO 63301-4430
18659454        NuPure, 106B Schneider Road, Ottawa ON K2K 1Y2, Canada
18659455        Nutter, McClennen & Fish LLP, Seaport West 155 Seaport Blvd, Boston, MA 02210-2604
18659456        Occupational Health Centers, PO Box 18277, Baltimore, MD 21227-0277
18659457        Office of Tax and Revenue, Office of Tax and Revenue, PO Box 96019, Washington, DC 20090-6019
18659458      + Ohio State Business Filing, 22 North Fourth Street, Columbus, OH 43215-3668
18659459      + Old Dominion Freight Line Inc, 500 Old Dominion Way, Thomasville, NC 27360-8923
18659460      + Ophir-Spiricon, LLC, 3050 North 300 West, North Logan, UT 84341-6741
18659461      + Optum Bank, PO Box 271629, Salt Lake City, UT 84127-1629
18659462        Orion Energy Credit Opportunities Fund, Fund III L.P., 292 Madison Avenue, St. 2500, New York, NY 10017
```

District/off: 0311-1                        User: admin                                  Page 5 of 9
Date Rcvd: Oct 16, 2023                     Form ID: 309C                                Total Noticed: 358

| | | |
|---|---|---|
| 18659463 | + | Orkin, 514 Progress Dr., Suite M, Linthicum Heights, MD 21090-2214 |
| 18659464 | | Orth Optimization, LLC, Dr. Robert Neidigh, 414 East Main Street, Blain, PA 17006 |
| 18659465 | + | Oscar Massin, 1230 Avenue of the Americas, #163, New York, NY 10020-1500 |
| 18659466 | + | Outset, Inc, 900 North Orlando, Los Angeles, CA 90069-4206 |
| 18659467 | + | Overnight Mountings, Inc., 1400 Plaza Ave, New Hyde Park, NY 11040-4921 |
| 18659480 | | PR Newswire Associate LLC, G.P.O. BOX 5897, NEW YORK, NY 10087-5897 |
| 18659468 | #+ | Paradiam, 20 W 47th Street, Ste 720, New York, NY 10036-3760 |
| 18659470 | | Paycor Inc., PO BOX 639860, Cincinnati, OH 45263-9860 |
| 18659472 | + | Perkins Coie LLP, P.O. Box 24643, Seattle, WA 98124-0643 |
| 18659473 | + | Peter Chung, 878 West End Ave Apt 15B, New York, NY 10025-4957 |
| 18659474 | | Pfeiffer Vacuum Inc., 24 Trafalgar Square, Nashua, NH 03063-1988 |
| 18659475 | + | Plante Moran, PLLC, 3000 Town Center, Suite 400, Southfield, MI 48075-1105 |
| 18659477 | + | Polyscience, 6600 W Touhy Ave, Niles, IL 60714-4516 |
| 18659478 | + | Polytec, Inc, 16400 Bake Parkway #200, Irvine, CA 92618-5603 |
| 18659479 | | Potter, Anderson, Corron LLP, 1313 North Market Street, P.O. Box 951, Wilmington, DE 19899-0951 |
| 18659481 | + | Precision International Corporation, 2191 S 30th Street, Haines City, FL 33844-8705 |
| 18659482 | + | Primary Enterprises LLC, 3818 Ironwood Place, Landover, MD 20785-2311 |
| 18659483 | # | Prince Georges County, P.O. Box 17578, Baltimore, MD 21297-1578 |
| 18659484 | + | Prism Gem LLC dba US Diamond Technologies, 31 W 47TH STREET, SUITE 612, NEW YORK, NY 10036-2808 |
| 18659485 | + | Process Technologies, INC., 619 - R Franklin Street West, Reading, PA 19611-1079 |
| 18659486 | + | Proton Energy Systems, Inc., d/b/a Nel Hydrogen US, 10 Technology Drive, Wallingford, CT 06492-1955 |
| 18659487 | + | Provac Sales Inc, 3131 Soquel Drive, Soquel, CA 95073-2098 |
| 18659490 | | R. Bradley & Associates, The Photonics Group, Pine Ridge Office Park, Suite 211, Durham, NC 27713-8547 |
| 18659491 | + | R. Bruce Carson Jewelers, 12814-G Shank Farm Way, Hagerstown, MD 21742-2949 |
| 18659495 | + | REB Research & Consulting, 12851 Capital St., Oak Park, MI 48237-3160 |
| 18659507 | + | RTD Seals Corp, 12121 Nicollet Ave S, Burnsville, MN 55337-1648 |
| 18659493 | + | Rachel Wilkie, 5017 Willage Ct SE, Ada, MI 49301-7607 |
| 18659497 | + | Re-form, Re-form, 8410 Kelso Drive, Baltimore, MD 21221-3174 |
| 18659496 | | Reed Exhibitions, Attn: RELX Inc. dba Reed Exhibitions, Box 9599, 7th Floor East, NY 11245 |
| 18659498 | + | Reinhard Boehler, 1830 Paint Rock Ferry Road, Kingston, TN 37763-5114 |
| 18659499 | + | Renehan's, 12680 Old Frederick Road, Sykesville, MD 21784-5615 |
| 18659500 | | Richardson Electronics, Ltd, 5169 Eagle Way, Chicago, IL 60678-1051 |
| 18659501 | | Rico Tools, GRENSSTRAAT 11, 2270 HERENTHOUT BELGIUM, ET14000/12973 |
| 18659502 | + | Rigol, 10220 SW Nimbus Ave. Suite K-7, Portland, OR 97223-4342 |
| 18659503 | + | Robbins Brothers, 1300 W. Optical Drive Ste 200, Azusa, CA 91702-3284 |
| 18659504 | + | Roberts Oxygen, 17011 Railroad Street, Gaithersburg, MD 20877-4230 |
| 18659505 | + | Roger D. Flanders - Diamond Cutter, 5999 South Park #270, Hamburg, NY 14075-3719 |
| 18659506 | | Royal Cup Inc., PO Box 841000, Dallas, TX 75284-1000 |
| 18659512 | | SAS Institute Inc., SAS Campus Drive, Cary, NC 27513 |
| 18659513 | | SCS Global Services, SCIENTIFIC CERTIFICATION SYSTEMS, INC PO, SAN FRANCISCO, CA 94145-0034 |
| 18659451 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, NJ Division of Taxation, PO Box 259, Trenton, NJ 08695-0259 |
| 18659509 | | Sairem, 82 rue Elis e Reclus, DECINES 69150 |
| 18659510 | + | Sam Desanto Co. Inc, 14628 Rothgeb Dr, Rockville, MD 20850-5311 |
| 18659511 | #+ | Sarine North America Inc, 50 West 47th Street, Suite 1008, New York, NY 10036-8697 |
| 18659197 | + | Scott B.Kitei, Honigman LLP, 2290 First National Bldg., 660 Woodward Avenue, Detroit, MI 48226-3516 |
| 18659514 | + | SemiTorr Group - Pennsylvania, 7036 Snowdrift Road, Suite 105, Allentown, PA 18106-9407 |
| 18659515 | + | Semitorr Group, Inc., 7175 NE Evergreen Parkway, Suite 200, Hillsboro, OR 97124-5805 |
| 18659516 | + | Shelly Moore, 23 Oak Lane, Montville, NJ 07045-9210 |
| 18659517 | + | ShelterPoint Life Insurance Company, PO Box 9340, Garden City, NY 11530-9340 |
| 18659519 | + | Shinka Sustainability Consultants, 2837 Hanley Rd E, Saint Joseph, MI 49085-2913 |
| 18659520 | + | Skokie Valley Air Control, Inc., 6310 Lincoln, Morton Grove, IL 60053-2853 |
| 18659521 | + | Smith Group, Inc, 1700 New York Ave, NW, Suite 100, Washington, DC 20006-5204 |
| 18659522 | + | Soaring Eagle Consulting, Inc., 235 Apollo Beach Blvd Box 206 Apollo, Beach, FL 33572-2251 |
| 18659523 | + | Solar Atmospheres Inc, 190 Keystone Drive, Telford, PA 18969-1012 |
| 18659524 | | Solberg Manufacturing Inc, Solberg Manufacturing Inc, Itasca, IL 60143 |
| 18659525 | + | Southwest Diamond Cutters, Inc., 13721 Omega Rd., Dallas, TX 75244-4517 |
| 18659526 | + | SpecGas, 86 Vincent Circle, Warminster, PA 18974-1530 |
| 18659528 | #+ | Stanley Zale, 104 Sorority Drive, Lafayette, LA 70506-6143 |
| 18659529 | | Staples, PO Box 105638, Atlanta, GA 30348-5638 |
| 18659530 | | State Department of Assessment & Taxation, Department of Assessment & Taxation, P.O. Box 17052, Baltimore, MD 21297-1052 |
| 18659532 | | State of Delaware, Delaware Division of Revenue/Bankruptcy, Attn: Bankruptcy Administrator, Carvel State Building, 820 N. French Str, Wilimington, DE 19901 |

Case 23-11699-TMH   Doc 7   Filed 10/18/23   Page 7 of 10

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 6 of 9 |
| Date Rcvd: Oct 16, 2023 | Form ID: 309C | Total Noticed: 358 |

| | | |
|---|---|---|
| 18659534 | #+ | Stein IP LLC, 1990 M St. NW, Suite 610, Washington, DC 20036-3434 |
| 18659536 | + | Strem Chemicals, Inc., 7 Mulliken Way, Newburyport, MA 01950-4098 |
| 18659537 | | Sue Rechner, 85 Newtown Turnpike, Weston, CT 06883-2110 |
| 18659538 | + | Sunbelt Rentals, Inc., 2341 Deerfield Dr., Fort Mill, SC 29715-8298 |
| 18659539 | | Suntrust Merchant Services, PO Box 2394, Omaha, NE 68103-2394 |
| 18659540 | + | Susan Michalski, 4293 Wilcor Drive, New Franklin, OH 44319-2602 |
| 18659541 | + | Swiss Capital TLCP Private Debt Fund L.P., c/o Tree Line Capital Partners, LLC, 3 Embarcadero Center, Suite 2320, San Francisco, CA 94111-4043 |
| 18659542 | + | T&D Electrical LLC, 3344 W Irving Park Road, Chicago, IL 60618-3310 |
| 18659543 | + | T&M Machine Shop, Inc., 12201-A Distribution Way, Beltsville, MD 20705-1418 |
| 18659544 | + | Talent Remedy, 1080 Summerfield Drive, Cumming, GA 30040-1018 |
| 18659546 | + | Technical Glass Products, Inc., 881 Callendar Boulevard, Painesville, OH 44077-1218 |
| 18659547 | | Tellerina Comercio De Presentes E Artigo, Para Decoracao S.A, Av. Andre Araujo, 97, Sala 116, Ed Forum Business Center, City of Manaus, State of Amazonas,Brazil |
| 18659548 | + | Templar, 70 W. 36th., Ste 12E, New York, NY 10018-1746 |
| 18659550 | + | The ADT Security Corporation, 1501 Yamato Rd, Boca Raton, FL 33431-4438 |
| 18659551 | + | The Boston Consulting Group, Inc., 2715 Woodward Ave., Suite 200, Detroit, MI 48201-3030 |
| 18659552 | + | The MVEye, 6207 Bee Cave Road, Austin, TX 78746-5034 |
| 18659553 | + | The Plumb Club Association, 157 Engle St., Englewood, NJ 07631-2508 |
| 18659554 | | The Retirement Advantage, Inc., PO Box 825, Elm Grove, WI 53122-0825 |
| 18659555 | + | Thorlabs Inc, 10335 Guilford Rd, Jessup, NJ 20794-9608 |
| 18659556 | + | Tiffany Dean Finley, 15747 Brookhill Ct, Waterford, VA 20197-1046 |
| 18659557 | | Tom Hitselberger, 117 Academy Street, Annapolis, MD 21401-3503 |
| 18659558 | + | Tree Line Credit Strategies, LP, c/o Tree Line Capital Partners, LLC, 3 Embarcadero Center, Suite 2320, San Francisco, CA 94111-4043 |
| 18659559 | + | Tree Line Direct Lending, LP, c/o Tree Line Capital Partners, LLC, 3 Embarcadero Center, Suite 2320, San Francisco, CA 94111-4043 |
| 18659560 | + | TriMech Solutions, 4461 Cox Road Suite 302, Glen Allen, VA 23060-3331 |
| 18659567 | + | US Naval Research Laboratory, 4555 Overlook Ave SW Electronics Science, & Technology Division, #6852, Washington, DC 20375-0001 |
| 18659568 | + | US Synthetic Corp., 1260 South 1600 West, Orem, UT 84058-4931 |
| 18659562 | + | UniFirst Corporation, PO Box 650481, Dallas, TX 75265-0481 |
| 18659563 | | United Parcel Service, 28013 Network Place, Chicago, IL 60673-1280 |
| 18659564 | + | United Silica Products, Inc., 3 Park Drive, Franklin, NJ 07416-9758 |
| 18659566 | | University of Maryland College Park, 4101 Chesapeake Building, 4300 Terrapin, Park, MD 20742 |
| 18659569 | + | V360 Technology Inc., 580, 5th Avenue, Suite 421, New York, NY 10036-0206 |
| 18659571 | + | Virtual Diamond Boutique Inc, 580 Fifth Avenue, Suite 629, New York, NY 10036-4738 |
| 18659199 | + | WD Diamonds Holdings, Inc., 500 Griswold Street, Suite 2700, Detroit, MI 48226-4485 |
| 18659200 | | WD Diamonds Intermediate Holdings, Inc, 6710 Virginia Manor Road, Beltsville, MD 20705-1289 |
| 18659575 | + | WWEX Investment Holdings, LLC, PO BOX 21272, NEW YORK, NY 10087-1272 |
| 18659573 | + | Wisconsin Department of Revenue, PO Box 3208, MIlwaukee, WI 53201-3208 |
| 18659574 | | Womble Bond Dickinson (US) LLP, PO Box 601879, Charlotte, NC 28260-1879 |
| 18659577 | | X-Rite Incorporated, Pantone LLC, Lockbox 62750 62750 Collection Center Dr, Chicago, IL 60693-0627 |
| 18659576 | + | X-ray Wizards LLC, 41617 Swiftwater Dr, Leesburg, VA 20176-7824 |
| 18659578 | + | Zohar Kirshenboim, 6021 Neilwood Dr, Rockville, MD 20852-3703 |
| 18659579 | + | Zoro Tools, Inc., 909 Asbury Drive, Buffalo Grove, IL 60089-4525 |

TOTAL: 330

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: jwaxman@morrisjames.com | Oct 16 2023 20:04:00 | Jeffrey R. Waxman, Morris James LLP, 500 Delaware Avenue, Suite 1500, P.O. Box 2306, Wilmington, DE 19801 |
| 18659228 + | Email/Text: pconaty@ritehite.com | Oct 16 2023 20:04:00 | Arbon Equipment Corporation, 25464 Network Place, Chicago, IL 60673-1254 |
| 18659533 | Email/Text: Bankruptcymail@marylandtaxes.gov | Oct 16 2023 20:04:00 | State of Maryland, 110 Carroll Street, Annapolis, MD 21411-0001 |
| 18659272 | Email/Text: Bankruptcymail@marylandtaxes.gov | Oct 16 2023 20:04:00 | Comptroller of Maryland, Revenue Administration Division, 110 Carroll Street, Annapolis, MD 21411-0001 |
| 18659254 | EDI: CALTAX.COM | Oct 17 2023 00:05:00 | California Franchise Tax Board, PO Box 942857, |

| District/off: 0311-1 | User: admin | Page 7 of 9 |
|---|---|---|
| Date Rcvd: Oct 16, 2023 | Form ID: 309C | Total Noticed: 358 |

| | | | | |
|---|---|---|---|---|
| | | | | Sacramento, CA 94257-0531 |
| 18659269 | + | Email/Text: comedbankruptcygroup@exeloncorp.com | Oct 16 2023 20:04:00 | ComEd, P.O. BOX 6111,, Carol Stream, IL 60197-6111 |
| 18659287 | + | Email/Text: DOSDOC_BANKRUPTCY@STATE.DE.US | Oct 16 2023 20:04:00 | Delaware Division of Corporations, John G. Townsend Bldg., 401 Federal Street, Suite 4, Dover, DE 19901-3639 |
| 18659629 | + | Email/Text: michael.brittingham@delaware.gov | Oct 16 2023 20:04:00 | Department of Labor, Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809-0953 |
| 18659316 | ^ | MEBN | Oct 16 2023 19:57:44 | FedEx, P.O. Box 37146, Pittsburgh, PA 15250-7461 |
| 18659324 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 16 2023 20:04:00 | First National Bank, 4140 E State Street, Hermitage, PA 16148-3401 |
| 18659333 | | Email/Text: mwheaton@gallagherseals.com | Oct 16 2023 20:04:00 | Gallagher Fluid Seals, 500 Hertzog Blvd, King of Prussia, PA 19406 |
| 18659354 | | Email/Text: rev.bankruptcy@illinois.gov | Oct 16 2023 20:04:00 | Illinois Dept of Revenue, PO Box 19045, Springfield, IL 62794-9045 |
| 18659357 | | EDI: IRS.COM | Oct 17 2023 00:05:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 18659198 | | Email/Text: jwaxman@morrisjames.com | Oct 16 2023 20:04:00 | Jeffrey R. Waxman, Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, DE 19801 |
| 18659425 | | Email/Text: diane.abell@matterhackers.com | Oct 16 2023 20:04:00 | Matterhackers Inc, 20321 Valencia Circle, Lake Forest, CA 92630 |
| 18659418 | + | Email/Text: tbible@mallickplumbing.com | Oct 16 2023 20:04:00 | Mallick Plumbing & Heating, Inc., 8010 Cessna Avenue, Gaithersburg, MD 20879-4119 |
| 18659448 | ^ | MEBN | Oct 16 2023 19:57:44 | Nicor Gas, PO BOX 5407, CAROL STREAM, IL 60197-5407 |
| 18659469 | | Email/Text: FACS_Support@paychex.com | Oct 16 2023 20:04:00 | Paychex, Human Resource Services, 1175 John St, West Henrietta, NY 14586-9199 |
| 18659471 | + | Email/Text: Bankruptcy_General@pepco.com | Oct 16 2023 20:04:00 | Pepco, PO Box 13608, Philadelphia, PA 19101-3608 |
| 18659535 | | Email/Text: lrc@stout.com | Oct 16 2023 20:04:00 | Stout Risius Ross, LLC, 150 W. Second Street, Suite 100, Royal Oak, MI 48067 |
| 18659527 | + | Email/Text: sat_ardept@stanleyworks.com | Oct 16 2023 20:04:00 | Stanley Access Technologies, LLC, PO Box 0371595, Pittsburgh, PA 15251-0001 |
| 18659531 | + | Email/Text: DRS.Bankruptcy@ct.gov | Oct 16 2023 20:04:00 | State of Connecticut DOR, 450 Columbus Blvd. Suite 1., Hartford, CT 06103-1837 |
| 18659628 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Oct 16 2023 20:04:00 | State of Delaware, Division of Revenue, 820 N. French Street, 8th Floor, Wilmington, DE 19801-3509 |
| 18659549 | | Email/Text: pacer@cpa.state.tx.us | Oct 16 2023 20:04:00 | Texas Comptroller of Public Accounts, P.O. Box 149348, Austin, TX 78714-9348 |
| 18659476 | | Email/Text: dllawbankruptcy@exchange.principal.com | Oct 16 2023 20:04:00 | PLIC - SBD Grand Island, PO Box 10372, Des Moines, IA 50306-0372 |
| 18659561 | + | Email/Text: accounts.receivable@uline.com | Oct 16 2023 20:04:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |
| 18659570 | | EDI: VERIZONCOMB.COM | Oct 17 2023 00:05:00 | Verizon, PO Box 489, Newark, NJ 07101-0489 |
| 18659572 | + | Email/Text: Bankruptcy@washgas.com | Oct 16 2023 20:04:00 | Washington Gas, Accounts 0201, 0718-8605, 2215, 4826, 13, 6801 Industrial Rd, Springfield, VA 22151-4205 |

District/off: 0311-1 | User: admin | Page 8 of 9
Date Rcvd: Oct 16, 2023 | Form ID: 309C | Total Noticed: 358
TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18659227 | | Appsilon Ileri Malzemeler Dan. San. ve Tic. A.S., Sanayi Mah. Teknopark Bulv., Teknopark 1B 1/1B 34906, Pendik, Istanbul, |
| 18659240 | | Baoji Boxin Metal Materials Co Ltd, No.25 Yongqing Industrial Park, Mayling Town |
| 18659241 | | Bartlomiej Kocznur, b.kocznur@gmail.com, Kniaziewicza street, Piaseczno, 05-500 |
| 18659251 | | C.PRAKASH & CO, EC4101 BHARAT DIAMOND BOURSE BKC, BANDRA EAST, MUMBAI, MH |
| 18659296 | | DM Gems, 104, Shri Mansarovar CHS, Kandivali (W), MUMBAI - 400 06, |
| 18659291 | | Diamond Elements, Plot-761, Icchapore GIDC, Icchapore-Bhat, Surat, 395007 |
| 18659303 | | EDP Corporation, 6-3, 4-Chome Kamishinden, Toyonaka, Osaka 5600085 |
| 18659310 | | Ethereal Green Diamond LLP, F.P. No.23/A Ground Floor Paiki Part-B, Near Standard Mill Compound. Lal Darwaja, 395008 |
| 18659327 | | Fluorez Technology LTD, 64 Chang Chun Rd, Xindian District, New Taipei City, 231 |
| 18659337 | | Gemtrue Co., Limited, 9F, Building 10, Gang Zai Industrial Par, Shajing Town, Boan District,, Shenzhen City |
| 18659348 | | Homburger AG, Prime Tower, Hardstrasse 201, Zurich 8005 |
| 18659365 | | JC Jewels Pty Ltd, Level 10, Suite 02 410 Collins Street, MELBOURNE VIC 3000 AUS |
| 18659364 | | Jaykar Laser Care, 6/1470, Amrut Kunj, Kansata Sheri, Mahidharpura, Surat, 395003 |
| 18659372 | | JinTeck Trading Comany, 7 101, Building 124, Shi Fo Ying,, Shi Fo Ying Dongli, CHAOYANG DISTRICT, Beijing, 10002-5 |
| 18659413 | | Lusix Ltd., POB 4099, Nes Ziona 7414002 |
| 18659426 | | MCM High Performance Sealing, via Castello, 70, I-24060 ADRARA S.M. (BG) |
| 18659443 | | Munic Gems NV, Hoveniersstraat 9, Antwerp 2018 |
| 18659488 | | Pure Lab Diamonds, Building E-2, 3rd Floor, F.P.108/P, Naginawadi Road, OPP RJD Business Hub, Katargam,395004 |
| 18659489 | | Pure Stones, 30 Hoveniersstraat Box 001, Antwerp, 2018 |
| 18659492 | | R.P. Enterprises, 2ND FLOOR, 202-Lalita Estate, J-Building, R.SNO=411 Near SMC Community Hall, Vasta Katargram Road, Katargram, Road, 3 |
| 18659494 | | Real Illusion LLP, 247-E 2nd Flr Panchratna, Mama Parmanand Marg., Opera House, Girgaon, Mumbai, 40000-4 |
| 18659508 | | Sahajanand, E-2, GIDC Electronic Estate, Sector 26, Gandhinagar 382028 Gujara |
| 18659518 | | Shen Zhen Dikai Industrial Co., LTD, 0F, Building 10, Gang Zai Industrial Par, Xian Qiao, Shajing, Baoan, She |
| 18659545 | | Taylor Wessing LLP, 5 New Street Square, London, EC4A3-TW |
| 18659196 | * | M7D Corporation, 6710 Virginia Manor Road, Beltsville, MD 20705-1289 |
| 18659565 | *+ | United States Treasury, 500 Pennsylvania Avenue, NW, Washington, DC 20220-0001 |
| 18659315 | ##+ | Fanelli McClain, Inc, FM Studios, 3928 Pender Drive, Suite 220, Fairfax, VA 22030-7429 |
| 18659350 | ##+ | HSI Workplace Compliance Solutions, Inc., 333 West Canal Dr, Kennewick, WA 99336-3845 |
| 18659366 | ##+ | Jean-Claud Remy, 10048 Padua Way, Owings Mills, MD 21117-4065 |
| 18659390 | ##+ | Kingfish Group, Inc., 950 Tower Lane, Suite 925, Foster City, CA 94404-2126 |
| 18659398 | ##+ | Lab Alley, 1927 Lohmans Crossing, Suite 201, Austin, TX 78734-5243 |

TOTAL: 24 Undeliverable, 2 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2023            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2023 at the address(es) listed below:

**Name**                          **Email Address**

| District/off: 0311-1 | User: admin | Page 9 of 9 |
|---|---|---|
| Date Rcvd: Oct 16, 2023 | Form ID: 309C | Total Noticed: 358 |

| | |
|---|---|
| Jeffrey R. Waxman | on behalf of Debtor M7D Corporation jwaxman@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com |
| Jeoffrey L. Burtch | jburtch@burtchtrustee.com DE04@ecfcbis.com;sbridgett@burtchtrustee.com;jreif@burtchtrustee.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |

TOTAL: 3