# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**

M7D Corporation

6710 Virginia Manor Road
Beltsville, MD 20705−1289

**EIN:** 46−0862280

WD Lab Grown Diamonds
Washington Diamonds Corporation

**Chapter:** 7

**Case No.:** 23−11699−TMH

### NOTICE THAT THERE ARE ASSETS FROM
### WHICH A DIVIDEND MIGHT POSSIBLY BE PAID TO CREDITORS

**YOU ARE HEREBY NOTIFIED** that there are assets from which a dividend might possibly be paid to creditors.

In order to share in any distribution, a creditor must file a proof of claim with the Clerk of the Bankruptcy Court. Claims must be filed within ninety (90) days after service of this notice.

For governmental entities, the proof of claim deadline shall be the longer of one−hundred eighty (180) days after the petition was filed or ninety (90) days after this Notice of Assets is served or as otherwise provided in the Federal Rules. A proof of claim may be filed either electronically or as a paper document. For information on how to file a claim, visit the United States Bankruptcy Court − District of Delaware website at (http://www.deb.uscourts.gov), and click on the "Programs & Services" tab − Claims Information.

Late filed claims may be paid after timely filed claims and therefore may not share ratably in any distribution from the debtor's estate.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Dated: 12/6/23
(VAN−043)

United States Bankruptcy Court

District of Delaware

In re:                                                                    Case No. 23-11699-TMH

M7D Corporation                                                           Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1                          User: admin                              Page 1 of 9

Date Rcvd: Dec 06, 2023                       Form ID: van043                          Total Noticed: 356

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | M7D Corporation, 6710 Virginia Manor Road, Beltsville, MD 20705-1289 |
| 18659201 | + | 4TEKGEAR LLC, 533 Forest Way Dr, FORT MILL, SC 29715-8947 |
| 18659202 | + | ABC Diamond Tools, 4872 S Ridgeside Cir, Ann Arbor, MI 48105-9403 |
| 18659204 | + | AC Manufacturing, 245 Kinney Drive, San Jose, CA 95112-4433 |
| 18659214 | | AFA Protective Systems, Inc., PO BOX 21030, New York, NY 10087-1030 |
| 18659203 | + | Abrading Methods, INC, 1011 Davis Road, Elgin, IL 60123-1313 |
| 18659205 | + | Accu-Glass Products, Inc., 25047 Anza Dr, Valencia, CA 91355-3414 |
| 18659206 | + | Ace Fire Extinguisher Service, Inc., 5117 College Avenue, College Park, MD 20740-3833 |
| 18659207 | + | Acquiom Clearinghouse LLC, fbo Acquiom Clearinghouse Clients, 950 17th Street, Denver, CO 80202-2815 |
| 18659208 | + | Acropolis Advisors, LLC, 3 Cameron Ave, Somerville, MA 02144-2403 |
| 18659209 | + | Across International LLC, 111 Dorsa Ave, Livingston, NJ 07039-1002 |
| 18659210 | + | Active Power, Inc., Dept 0205, P.O. Box 120205, Dallas, TX 75312-0205 |
| 18659211 | + | Adaptive Business Solutions, Inc., 225 Cedar Hill Road, Suite 200, Marlborough, MA 01752-5900 |
| 18659212 | #+ | Advanced First Aid Inc, 9321 Philadelphia Road, Suites A & B, Baltimore, MD 21237-4144 |
| 18659213 | + | Advantage Moving and Storage, Inc., 2641 Corporate Parkway, Algonquin, IL 60102-9522 |
| 18659215 | | Airgas USA, Inc., 2900 52ND AVE, HYATTSVILLE, MD 20781-1103 |
| 18659216 | | Airline Hydraulics Corporation, PO Box 536746, Pittsburgh, PA 15253-5909 |
| 18659217 | + | Alec Madoff, 65 Valleywood Road, Cos Cob, CT 06807-2332 |
| 18659218 | + | Ali Saleem, 4 Vireo Cir, Newark, DE 19711-8326 |
| 18659219 | | All Filters, 795 W 1700 S Ste 1, Woods Cross, UT 84087 |
| 18659220 | + | Alter, Inc., 16 West 46th Street 12th, New York, NY 10036-4503 |
| 18659221 | + | Ametek Pittman, 1500 Meriden Road, Waterbury, CT 06705-3982 |
| 18659222 | | Amit Levin, 11119 ROSEMONT DR, Rockville, MD 20852-3681 |
| 18659223 | + | Anderson Materials Evaluation, Inc., 9051 Red Branch Road, Suite C, Columbia, MD 21045-2103 |
| 18659224 | + | Andrea Scicchitano, 110 Somerset St Apt 1108, New Brunswick, NJ 08901-4802 |
| 18659225 | + | Applied Controls Inc., 47 General warren blvd, Malvern, PA 19355-1245 |
| 18659226 | + | Applied Diamond, Inc, 3825 Lancaster Pike, Wilmington, DE 19805-1559 |
| 18659229 | | Aries, 12 Longford Circuit Darch, Western, Austrailia 06065 |
| 18659230 | + | Arradiance LLC, 11 A Beaver Brook Rd, Littleton, MA 01460-6232 |
| 18659231 | + | Ashcom Technologies, INC, 3917 Research Park Dr., Suite B4,, Ann Arbor, MI 48108-2354 |
| 18659232 | + | Aston Carter, 3689 Collection Center Dr., Chicago, IL 60693-0036 |
| 18659233 | | Atlas Copco Compressors LLC, Dept. CH 19511, Palatine, IL 60055-9511 |
| 18659234 | | Augsburg Diamond Technology GmbH, Am Technologiezentrum 5 DE-86159 Augsbur |
| 18659235 | + | Automotive Investments Co., 1808 Johns Drive, Glenview, IL 60025-1657 |
| 18659236 | + | B.O.S.S., P.O. Box 91, Owings, MD 20736-0091 |
| 18659237 | | B9 Sequoia Ammendale LLC, c/o B9 Sequoia Wiegman Owner LP, PO Box 200712, Dallas, TX 75320-0712 |
| 18659238 | + | Baileys Fine Jewelry, 415 Daniel Street, Raleigh, NC 27605-1314 |
| 18659239 | + | Banner Industries of NE Inc, 10100 Nokesville Road, Manassas, VA 20110 |
| 18659242 | + | Bellataire LLC, 1334 W. Herndon Ave, Fresno, CA 93711-0431 |

District/off: 0311-1      User: admin      Page 2 of 9

Date Rcvd: Dec 06, 2023      Form ID: van043      Total Noticed: 356

| | | |
|---|---|---|
| 18659243 | + | Benjamin Culmer, 1346 Carpers Farm Way, Vienna, VA 22182-1347 |
| 18659244 | | Bettonville Service, Slomczynska 21A, 05-510 Konstancin-Jeziorna Poland |
| 18659245 | | Boland Trane Services Inc., PO Box 223862, Chantilly, VA 20153-3862 |
| 18659246 | | Breitling Chronometrie SA, Allee du Laser 10 2300, La Chaux-de-Fonds La Chaux-de-Fonds CHE, 10108-4970 |
| 18659247 | + | Brighter Strategies, LLC, 6533 Arlington Blvd, #2414, Falls Church, VA 22042-3022 |
| 18659248 | | Brinks Global Services, P.O. Box 677444, Dallas, TX 75267-7444 |
| 18659249 | | Brittany Lewis, 53 Whippoorwill Crossing, Armonk, NY 10504-1032 |
| 18659250 | + | Brooks Instrument c/o Flow-Tech, Inc, 407 West Vine Street, Hatfield, PA 19440-3000 |
| 18659252 | | C2 Imaging, PO Box 854537, Minneapolis, MN 55485-4537 |
| 18659257 | | CARL MARKS ADVISORY GROUP LLC, 900 Third Avenue - 33rd Floor, New York, NY 10022-4775 |
| 18659278 | + | CORNES TECHNOLOGIES USA, 780 Montague Expressway, Suite 506, San Jose, CA 95131-1319 |
| 18659282 | + | CSC Leasing Company, 6802 Paragon Place, Suite 350, Richmond, VA 23230-1650 |
| 18659283 | + | CT Corporation, Wolters Kluwer, 8020 Excelsior Dr., Suite #200, Madison, WI 53717-1998 |
| 18659253 | | Caleb Wood, 21854 Hyde Park Dr, Ashburn, VA 20147-6908 |
| 18659255 | + | California Secretary of State, 1500 11th Street, Sacramento, CA 95814-5701 |
| 18659256 | + | Carl Kubas Consulting LLC, 10220 162nd Street, Chippewa Falls, WI 54729-5035 |
| 18659258 | + | Carnegie Institute of Washington, Attn: Office of General Counsel, 5241 Broad Branch Rd NW, Washington, DC 20015-1305 |
| 18659259 | + | Chantal Weedman, 5317 Serather Court, Garner, NC 27529-7131 |
| 18659260 | + | Checkr Group Inc., 1 Montgomery Street, Suite 2400, San Fransico, CA 94104-5524 |
| 18659261 | + | Chesapeake Systems, 7400 Coca Cola Drive, Hanover, MD 21076-1394 |
| 18659262 | + | Choice One Recruiting LP, 4415 Delina Road, Cornersville, TN 37047-5237 |
| 18659263 | + | Christopher Taylor, 6500 Insey Street, District Heights, MD 20747-2801 |
| 18659264 | | Cision US Inc., 12501 Indian Creek Ct., Beltsville, MD 20705 |
| 18659265 | + | Clean Harbors Environmental, Services, Inc., 3527 Whiskey Bottom Road, Laurel, MD 20724-1403 |
| 18659266 | + | Clean Method, 8409 Lee Highway #826, Merrifield, VA 22116-8229 |
| 18659267 | | Clearcode Web Solutions, 297 Via Carmine Avenue, Vaughan, ON L4H2R4 |
| 18659268 | | Comcast, PO Box 8587, Philadelphia, PA 19101-8587 |
| 18659270 | + | Complete Building Systems, Inc., 2411 Crofton Lane, Suite 15A, Crofton, MD 21114-1336 |
| 18659271 | + | Complete Conversion Services, Inc., 46 Wishing Rock Rd, Suite C, Pasadena, MD 21122-3948 |
| 18659273 | + | Connecticut Department of Labor, 200 Folly Brook Boulevard, Wethersfield, CT 06109-1153 |
| 18659274 | + | Continental Buying Group, 1170 Kane Concourse Suite 420, Bay Harbor Islands, FL 33154-2062 |
| 18659275 | | Contract Connection Inc, 21308 Bourdeaux Pl, Laytonsville, MD 20882-1933 |
| 18659276 | + | Control Cable Inc, 7261 Ambassador Road, Baltimore, MD 21244-2726 |
| 18659277 | + | Cordia Resources, 8229 Boone Blvd Suite 300, Vienna, VA 22182-2623 |
| 18659279 | + | Coverall North America, Inc., 2955 Momentum Place, CHICAGO, IL 60689-5329 |
| 18659280 | + | Creative Safety Supply, LLC, 8030 SW Nimbus Avenue, Beaverton, OR 97008-6438 |
| 18659281 | + | Crystal Mark, Inc., 613 Justin Ave, Glendale, CA 91201-2396 |
| 18659284 | + | D.B. Roberts Company, 6520 Meridien Dr, Suite 100, Raleigh, North Carolina 27616-6678 |
| 18659286 | + | DC Group, Inc., 1977 W. River Road N., Minneapolis, MN 55411-3444 |
| 18659288 | + | DELL Technologies, Payment Processing Center, P.O. Box 5275, Carol Stream, IL 60197-5275 |
| 18659295 | + | DIVAL SAFETY EQUIPMENT, 1721 Niagara Street, Buffalo, NY 14207-3188 |
| 18659285 | | Datasite, P.O. Box 74007252, Chicago, IL 60674-7252 |
| 18659289 | | Department of Assessment and Taxation, 301 West Preston Street Personal Propert, Baltimore, MD 21201-2395 |
| 18659290 | | Diamantes Creados, Calzada del Valle 201-E, Colonia del Valle SPGG, 66220 NL Mexico |
| 18659292 | + | Diamond Nexus, 5050 W Ashland Way, Franklin, WI 53132-8177 |
| 18659293 | + | Dibert Valve & Fittings Co., Inc., P.O. Box 7699, Richmond, VA 23231-0199 |
| 18659294 | + | Direct Office Furniture, 405 East Gude Drive Ste 210, Rockville, MD 20850-5357 |
| 18659297 | + | Don Nash, 2752 Sweetwater Court, District Heights, MD 20747-2788 |
| 18659298 | + | Dykema, 400 Renaissance Center, Detroit, MI 48243-1603 |
| 18659308 | + | ENTEGRIS INC, NW 9863, PO Box 1450, Minneapolis, MN 55485-1450 |
| 18659309 | + | ESSENTIAL LAB GROWN DIAMONDS INC, 22 West 48th Street SUITE 200, NEW YORK, NY 10036-1803 |
| 18659299 | + | Eagle HR, Inc., 2603 Oakledge Court, Vienna, VA 22181-5341 |
| 18659300 | + | Eastern Lift Truck, Inc, Po Box 307, Maple Shade, NJ 08052-0307 |
| 18659301 | + | Eckert Seamans Cherin & Mellott, LLC, 600 Grant Street 44th Floor, Philadelphia, PA 15219-2713 |
| 18659302 | | Ed Newman, 275 Date Palm Rd, Apt 505, Vero Beach, FL 32963-1553 |
| 18659304 | + | Edward Michael Consulting, LLC, P.O. BOX 291219, Los Angeles, CA 90029-9219 |
| 18659305 | | Edwards Vacuum LLC, DEPT CH 19935, Palatine, IL 60055-9935 |
| 18659306 | #+ | Eitan Philippe Sabba, Eitan Sabba, 1720 Wilmart Street, Rockville, MD 20852-4143 |
| 18659307 | + | Elda Fistani, 674 Cross River Rd, Katonah, NY 10536-3521 |
| 18659311 | + | Eurofins EAG Materials Science, LLC, 810 Kifer Rd, Sunnyvale, CA 94086-5203 |
| 18659312 | + | Evolution, Inc., 529 Fifth Avenue, 12th Floor, New York, NY 10017-4676 |
| 18659313 | + | Evoqua Water Technologies, 12000 Indian Creek Ct, Beltsville, MD 20705-1258 |
| 18659314 | | Eyelit, Inc., 8 Lenora Drive, West Simsbury, CT 06092-2108 |

| District/off: 0311-1 | User: admin | Page 3 of 9 |
|---|---|---|
| Date Rcvd: Dec 06, 2023 | Form ID: van043 | Total Noticed: 356 |

18659320       +  FESTO CORPORATION, PO BOX 1355, BUFFALO, NY 14240-1355

18659323     ++  FILMETRICS INC, 10655 ROSELLE STREET, SAN DIEGO CA 92121-1557 address filed with court:, FILMETRICS, INC., 10655 ROSELLE STREET SUITE 200, San Diego, CA 92121

18659317         FedEx Freight, PO BOX 223125, PITTSBURGH, PA 15251-2125

18659318       +  Fenix Diamonds LLC, 592 5th Avenue, Suite 1103, New York, NY 10036-4707

18659319       +  Ferrari Express Inc., 215 Mill Street, Lawrence, NY 11559-1257

18659321       +  Fidelity Engineering LLC, 25 Loveton Circle, Sparks Glencoe, MD 21152-9201

18659322       +  Fidelity Mechanical Services, 7001 Muirkirk Meadows Drive Suite E, Beltsville, MD 20705-6340

18659325         Fischer Connectors, Inc, PO Box 932936, Atlanta, GA 31193-2936

18659326         Flashpoint LLC, PO Box 823461, Philadelphia, PA 19182-3461

18659328       +  Fonon Laser Technologies, LLC, 1101 N Keller Rd, Suite G2, Orlando, FL 32810-5944

18659329       +  Forefront Corporation, 1516 Normandy Rd, Ann Arbor, MI 48103-5943

18659330         Freeman, PO Box 734596, Dallas, TX 75373-4596

18659331       +  G&G Technical, Inc., 46 Darby Road, Paoli, PA 19301-1416

18659332       +  GAAS Mantech, 9450 SW Gemini Dr., #26585, Beaverton, OR 97008-7105

18659338         GIS Benefits, PO Box 1806, San Antonio, TX 78296-1806

18659334       +  Gem Certification and, Assurance Lab, Inc., 580 Fifth Avenue, Suite LL-05, New York, NY 10036-4701

18659335       +  Gemological Institute of America, Inc., 50 W 47th Street Unit 400, New York, NY 10036-8621

18659336     #+  Gemological Science International LLC, 581 Fifth Avenue Forth Floor, York, NY 10017-8827

18659339       +  Global Engineering Solutions, Inc, 6700A Rockledge Dr, Suite 301, Bethesda, MD 20817-2862

18659340         Go Glitter, RM 701, 7/F,RISE COMMERCIAL BUILDING, 5-11 GRANVILLE CIRCUIT, T.S.T. KOWLOON, HONG KONG

18659341       +  Griffin Networks, 19209 Chennault Way Ste K, Gaithersburg, MD 20879-4786

18659342         Groot Industries, Inc., PO BOX 535233, PITTSBURGH, PA 15253-5233

18659343         Guild+Facet, 3114 Tonnelle ave, North Bergen, NJ 07047-2312

18659349         HRA Group Holdings Ltd., 1501-3777 KINGSWAY, Burnaby, BC V5H 3Z7

18659344       +  Harris Diamond Corporation, 348 Anterbury Dr., Apex, NC 27502-4712

18659345       +  Harvey W. Hottel Inc., 18900 Woodfield Road, Gaithersburg, Md 20879-6704

18659346         Hemant Shah & Co, B11, Grand Paradi, Dadyseth Hil August Kranti Marg, Mumbai, India 400 036

18659347       +  Herb Doscher, 20 Alder Lane, Sandy Hook, CT 06482-1404

18659351       +  Huron Capital Partners LLC, Attn: Becky Bielicki, 500 Griswold-Suite 2700, Detroit, MI 48226-4485

18659352         Ice Stones LTD, Tuval 21, Yahalom Building Ramat, Gan 5252236 Israel

18659353         Ideal Vacuum, 5910 Midway Park NE, Albuquerque, NM 87109-5805

18659355       +  Ingersoll Rand, 800-E Beaty Street, Davidson, NC 28036-6924

18659356       +  Innovative Carbon Group, 717 Forest Ave, Suite 270, Lake Forest, IL 60045-1822

18659360       +  InterVision Systems, Inc., 16401 Swingley Ridge Rd, St. Louis, MS 63017-0742

18659358       +  International Gemological Institute, 551 Fifth Avenue Suite 700, New York, NY 10176-2201

18659359       +  Interstate Service Company, Inc., 4101 Utah Ave., Brentwood, MD 20722-1531

18659361       +  J.C. Heating & Cooling, INC, 7099 Santa Fe Dr, Unit G, Hodgkins, IL 60525-5070

18659373       +  JM Care Plan, 24 JEWELERS PARK DRIVE, NEENAH, WI 54956-3702

18659362       +  James Morris LLP, 500 Delaware Ave, Suite 1500, Wilmington, DE 19801-1494

18659363       +  Janet Johnson, 146 Shawmut St, Springfield, MA 01108-2925

18659198       +  Jeffrey R. Waxman, Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, DE 19801-1494

18659367         Jensen Hughes, INC, PO Box 62680, Baltimore, MD 21264-2680

18659368       +  Jessica Len, 98 Victoria Drive, Basking Ridge, NJ 07920-2534

18659369       +  Jewel Exim Inc, 1645 Swift Ave, N Kansas City, MO 64116-3822

18659370       +  Jewelers Board of Trade, 95 JEFFERSON BLVD., WARWICK, RI 02888-1046

18659371       +  Jhaveri Diamond Corporation, 550 S. Hill Street, Suite 1596, Los Angeles, CA 90013-2452

18659374       #  Joe Ferguson, 8331 Moline Pl, Springfield, VA 22153-3313

18659375         John Ciraldo, 23012 Blue Flag Cir, Clarksburg, MD 20871-3360

18659376       +  John Goudie Electrical Contractor Inc., 4457 Southern Business Park Dr, White Plains, MD 20695-2841

18659377       +  John S. Connor Inc., P.O. Box 791384, Baltimore, MD 21279-1384

18659378         Johnson Crane Services, Inc., 11709 Old Baltimore Pike, Beltsville, MD 20705

18659379       +  Jonathan Levine-Miles, 14624 Silverstone Drive, Silver Spring, MD 20905-7419

18659380       +  Josh Luiza, 2108 George Boiardi Ln, Annapolis, MD 21401-3289

18659381       +  Joshua Blackketter, 3355 W Sunnyside Ave Apt 3, Chicago, IL 60625-5430

18659382       +  Judith Ivry, 25 E 4 St #5, New York, NY 10003-7063

18659392       +  KNS Contracting, LLC, 4018 Blackburn Lane, Burtonsville, MD 20866-1167

18659394         KSM Co. LTD, 71 Sorae-ro Gimpo Gyeonggi-do, Gyeonggi-do 10040

18659395       +  KTA - A Bowman Company, 12950 Worldgate Drive #100, Herndon, VA 20170-6005

18659396       +  KTL Solutions Inc, 5119 Pegasus Court, Frederick, MD 21704-7248

18659383       +  Kassoy, HEADQUARTERS, 101 Commercial Street - Suite 200, Plainview, NY 11803-2408

18659384       +  Keentek Inc., 2314 Washington Blvd, Ogden, UT 84401-1412

18659385       +  Kelly Generator & Equipment, Inc, 1955 Dale Lane, Owings, MD 20736-4323

| | | |
|---|---|---|
| 18659386 | #+ | Keri DeCastro, 2211 Oberliln Dr., Woodbridge, VA 22191-5908 |
| 18659387 | + | Kesslers Diamonds, N96 W16920 County Line Rd, Germantown, WI 53022-4602 |
| 18659388 | + | Keystone Consulting Group, LLC, 311 South Wacker Drive, Suite 5000, Chicago, IL 60606-6631 |
| 18659389 | + | King & Spalding LLP, 1180 Peachtree Street, NE, ATLANTA, GA 30309-7525 |
| 18659391 | + | Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| 18659393 | | Kramer Datapower, Inc., 1015 South Rt 83, 2nd Floor, Elmhurst, IL 60126 |
| 18659397 | + | Kurt J. Lesker, PO Box 951677, Cleveland, OH 44193-0018 |
| 18659401 | + | LASER SOS, 127 Hartwell Street, Suite 700, West Boylston, MA 01583-2467 |
| 18659403 | | LAV.EL Gomma S.R.L, Via Aldo Moro 20/22, Cologne, 25033 |
| 18659405 | + | LDS Vacuum Products, Inc, 773 Big Tree Drive, Longwood, FL 32750-3513 |
| 18659404 | | LDetek INC., 990 Rue Monfette Est Thetford Mines , QC, G6G7K-6 |
| 18659414 | + | LUXURY DISPLAY GROUP LLC, 2909 Percey Ln, Plano, TX 75025-6586 |
| 18659399 | + | Lab Grown Diamond LLC, 37 W. 47 St Exchange. Suite 800, New York, NY 10036-2859 |
| 18659400 | + | LadyBug Technologies LLC, 9290 Barnes Drive, Boise, ID 83709-1554 |
| 18659402 | + | Laurel Fuel Oil, 101 Main St, Laurel , MD 20707-4381 |
| 18659408 | + | LeVaun Dicks, 5616 Coolidge Street, Capital Heights, MD 20743-6112 |
| 18659406 | + | Legacy Search Advisors, PO Box 62, Upper Falls, MD 21156-0062 |
| 18659407 | + | Legal Resources, 2877 Guardian Lane, Suite 101, Virginia Beach, VA 23452-7330 |
| 18659409 | + | Leybold USA Inc., 6005 Enterprise Drive, Export, PA 15632-8969 |
| 18659410 | | Linde Gas & Equipment Inc., 8025 Dorsey Run Road, Jessup, MD 20794-9326 |
| 18659411 | + | Link Logistics, Inc, PO Box 200712, Dallas, TX 75320-0712 |
| 18659412 | | Louisiana Dept of Revenue, PO Box 751, Baton Rouge, LA 70821-0751 |
| 18659415 | + | M. Geller Ltd., 29 E. Madison St., Suite 1805, Chicago, IL 60602-4852 |
| 18659428 | | MD Secretary of State, 301 W. Preston Street; 8th Floor, Baltimore, MD 21201-2395 |
| 18659429 | + | MDE - CRTK, P.O. Box 1417, Baltimore, MD 21203-1417 |
| 18659438 | | MKS Instruments, P.O. Box 3553, Boston, MA 02241-3553 |
| 18659416 | + | Malakan Diamond Company, P.O. BOX 16279, Fresno, CA 93755-6279 |
| 18659417 | | Malca-Amit, Attn: Accounts Receivable, P.O. Box 345003, Jamaica, NY 11434-9003 |
| 18659419 | + | Marco Rubber & Plastics, LLC, PO Box 1150, Seabrook, NH 03874-1150 |
| 18659420 | + | Marks Jewelers, 975 Bethlehem Pike, Montgomeryville, PA 18936-9607 |
| 18659421 | + | Marty Hurwitz, The MVEye, 6207 Bee Cave Road, Austin, TX 78746-5034 |
| 18659422 | + | Mason-Dixon Welding, 750 Old Ridge Road, Hanover, PA 17331-9528 |
| 18659423 | + | Materials Research Furnaces, LLC, 65 Pinewood Road, Allenstown, NH 03275-2346 |
| 18659424 | | Matheson, 7201 Montevideo Road, Jessup, MD 20794-9313 |
| 18659427 | + | McMaster-Carr, 200 New Canton Way, Robbinsville Twp, NJ 08691-2343 |
| 18659430 | + | Meyer Tool & Mfg. Inc., 4601 W. Southwest Hwy., Oak Lawn, IL 60453-1822 |
| 18659431 | | Michael Grunza, 4525 Cole Ave, Apt 1228, Dallas, TX 75205-4267 |
| 18659432 | + | Michelle Berardelli, Michelle Berardelli, 145 Union St, Montclair, NJ 07042-2102 |
| 18659433 | + | Michelle Torchia, 34 MapleCrest Circle, Apt J, Holyoke, MA 01040-7009 |
| 18659434 | + | Micro Edge Inc., 101 N Gray Ave, Wilmington, DE 19805-1837 |
| 18659435 | + | Micro-Machine Inc., 6718-A Industrial Drive, Beltsville, MD 20705-1237 |
| 18659436 | + | Mission Critical Power Services LLC, 599 Point Drive, Petersburg, WV 26847-8220 |
| 18659437 | | Mitsubishi Electric Power Products, Inc., 547 Keystone Drive Suite 300, Warrendale, PA 15086, 800 887, 07830 |
| 18659439 | + | MoneyWise Solutions, PO Box 652, Midlothian, VA 23113-0652 |
| 18659440 | | Moss Adams LLP, PO Box 101822, Pasadena, CA 91189-1822 |
| 18659441 | + | Muegge Gerling, 1064 Woodland Avenue Suite U, Modesto, CA 95351-1546 |
| 18659442 | + | Mukala Partners LLC, 501 Boylston Street, 10th Floor, Boston, MA 02116-3769 |
| 18659444 | + | Nathaniel Deverich, 130 Lexington Ave. Apt. 1, Brooklyn, NY 11216-1112 |
| 18659445 | + | Neatframe Inc., PO Box 392839, Pittsburgh, PA 15250-0001 |
| 18659446 | | New York Dept of Taxation & Finance, Corp-V, PO Box 15163, Albany, NY 12212-5163 |
| 18659447 | | New York State Department of Labor, PO Box 15122, Albany, NY 12212-5122 |
| 18659449 | + | NiTel, Inc., 350 N. Orleans St, Suite 1300N, Chicago, IL 60654-1975 |
| 18659450 | + | Nivoda USA LLC, 614N Suite 210 Dupont Hwy, Dover, DE 19901-3900 |
| 18659452 | + | Nor-Cal Products Inc., 1967 South Oregon St, Yreka, CA 96097-3462 |
| 18659453 | + | Northrop Grumman Corporation, 20 Point West Blvd., St. Charles, MO 63301-4430 |
| 18659454 | | NuPure, 106B Schneider Road, Ottawa ON K2K 1Y2, Canada |
| 18659455 | | Nutter, McClennen & Fish LLP, Seaport West 155 Seaport Blvd, Boston, MA 02210-2604 |
| 18659456 | | Occupational Health Centers, PO Box 18277, Baltimore, MD 21227-0277 |
| 18659457 | | Office of Tax and Revenue, Office of Tax and Revenue, PO Box 96019, Washington, DC 20090-6019 |
| 18659458 | + | Ohio State Business Filing, 22 North Fourth Street, Columbus, OH 43215-3668 |
| 18659459 | + | Old Dominion Freight Line Inc, 500 Old Dominion Way, Thomasville, NC 27360-8923 |
| 18659460 | + | Ophir-Spiricon, LLC, 3050 North 300 West, North Logan, UT 84341-6741 |
| 18659461 | + | Optum Bank, PO Box 271629, Salt Lake City, UT 84127-1629 |

District/off: 0311-1          User: admin          Page 5 of 9

Date Rcvd: Dec 06, 2023          Form ID: van043          Total Noticed: 356

| | | |
|---|---|---|
| 18659462 | | Orion Energy Credit Opportunities Fund, Fund III L.P., 292 Madison Avenue, St. 2500, New York, NY 10017 |
| 18659463 | + | Orkin, 514 Progress Dr., Suite M, Linthicum Heights, MD 21090-2214 |
| 18659464 | | Orth Optimization, LLC, Dr. Robert Neidigh, 414 East Main Street, Blain, PA 17006 |
| 18659465 | + | Oscar Massin, 1230 Avenue of the Americas, #163, New York, NY 10020-1500 |
| 18659466 | + | Outset, Inc, 900 North Orlando, Los Angeles, CA 90069-4206 |
| 18659467 | + | Overnight Mountings, Inc., 1400 Plaza Ave, New Hyde Park, NY 11040-4921 |
| 18659480 | | PR Newswire Associate LLC, G.P.O. BOX 5897, NEW YORK, NY 10087-5897 |
| 18659468 | #+ | Paradiam, 20 W 47th Street, Ste 720, New York, NY 10036-3760 |
| 18659470 | | Paycor Inc., PO BOX 639860, Cincinnati, OH 45263-9860 |
| 18659472 | + | Perkins Coie LLP, P.O. Box 24643, Seattle, WA 98124-0643 |
| 18659473 | + | Peter Chung, 878 West End Ave Apt 15B, New York, NY 10025-4957 |
| 18659474 | | Pfeiffer Vacuum Inc., 24 Trafalgar Square, Nashua, NH 03063-1988 |
| 18659475 | + | Plante Moran, PLLC, 3000 Town Center, Suite 400, Southfield, MI 48075-1105 |
| 18659477 | + | Polyscience, 6600 W Touhy Ave, Niles, IL 60714-4516 |
| 18659478 | + | Polytec, Inc, 16400 Bake Parkway #200, Irvine, CA 92618-5603 |
| 18659479 | | Potter, Anderson, Corron LLP, 1313 North Market Street, P.O. Box 951, Wilmington, DE 19899-0951 |
| 18659481 | + | Precision International Corporation, 2191 S 30th Street, Haines City, FL 33844-8705 |
| 18659482 | + | Primary Enterprises LLC, 3818 Ironwood Place, Landover, MD 20785-2311 |
| 18659484 | + | Prism Gem LLC dba US Diamond Technologies, 31 W 47TH STREET, SUITE 612, NEW YORK, NY 10036-2808 |
| 18659485 | + | Process Technologies, INC., 619 - R Franklin Street West, Reading, PA 19611-1079 |
| 18659486 | + | Proton Energy Systems, Inc., d/b/a Nel Hydrogen US, 10 Technology Drive, Wallingford, CT 06492-1955 |
| 18659487 | + | Provac Sales Inc, 3131 Soquel Drive, Soquel, CA 95073-2098 |
| 18659490 | | R. Bradley & Associates, The Photonics Group, Pine Ridge Office Park, Suite 211, Durham, NC 27713-8547 |
| 18659491 | + | R. Bruce Carson Jewelers, 12814-G Shank Farm Way, Hagerstown, MD 21742-2949 |
| 18659495 | + | REB Research & Consulting, 12851 Capital St., Oak Park, MI 48237-3160 |
| 18659507 | + | RTD Seals Corp, 12121 Nicollet Ave S, Burnsville, MN 55337-1648 |
| 18659493 | + | Rachel Wilkie, 5017 Willage Ct SE, Ada, MI 49301-7607 |
| 18659497 | + | Re-form, Re-form, 8410 Kelso Drive, Baltimore, MD 21221-3174 |
| 18659496 | | Reed Exhibitions, Attn: RELX Inc. dba Reed Exhibitions, Box 9599, 7th Floor East, NY 11245 |
| 18659498 | + | Reinhard Boehler, 1830 Paint Rock Ferry Road, Kingston, TN 37763-5114 |
| 18659499 | + | Renehan's, 12680 Old Frederick Road, Sykesville, MD 21784-5615 |
| 18659500 | | Richardson Electronics, Ltd, 5169 Eagle Way, Chicago, IL 60678-1051 |
| 18659501 | | Rico Tools, GRENSSTRAAT 11, 2270 HERENTHOUT BELGIUM, ET14000/12973 |
| 18659502 | + | Rigol, 10220 SW Nimbus Ave. Suite K-7, Portland, OR 97223-4342 |
| 18659503 | + | Robbins Brothers, 1300 W. Optical Drive Ste 200, Azusa, CA 91702-3284 |
| 18659504 | + | Roberts Oxygen, 17011 Railroad Street, Gaithersburg, MD 20877-4230 |
| 18659505 | + | Roger D. Flanders - Diamond Cutter, 5999 South Park #270, Hamburg, NY 14075-3719 |
| 18659506 | | Royal Cup Inc., PO Box 841000, Dallas, TX 75284-1000 |
| 18659512 | | SAS Institute Inc., SAS Campus Drive, Cary, NC 27513 |
| 18659513 | | SCS Global Services, SCIENTIFIC CERTIFICATION SYSTEMS, INC PO, SAN FRANCISCO, CA 94145-0034 |
| 18659451 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, NJ Division of Taxation, PO Box 259, Trenton, NJ 08695-0259 |
| 18659509 | | Sairem, 82 rue Elis e Reclus, DECINES 69150 |
| 18659510 | + | Sam Desanto Co. Inc, 14628 Rothgeb Dr, Rockville, MD 20850-5311 |
| 18659511 | #+ | Sarine North America Inc, 50 West 47th Street, Suite 1008, New York, NY 10036-8697 |
| 18659197 | + | Scott B.Kitei, Honigman LLP, 2290 First National Bldg., 660 Woodward Avenue, Detroit, MI 48226-3516 |
| 18659514 | + | SemiTorr Group - Pennsylvania, 7036 Snowdrift Road, Suite 105, Allentown, PA 18106-9407 |
| 18659515 | + | Semitorr Group, Inc., 7175 NE Evergreen Parkway, Suite 200, Hillsboro, OR 97124-5805 |
| 18659516 | + | Shelly Moore, 23 Oak Lane, Montville, NJ 07045-9210 |
| 18659517 | + | ShelterPoint Life Insurance Company, PO Box 9340, Garden City, NY 11530-9340 |
| 18659519 | + | Shinka Sustainability Consultants, 2837 Hanley Rd E, Saint Joseph, MI 49085-2913 |
| 18659520 | + | Skokie Valley Air Control, Inc., 6310 Lincoln, Morton Grove, IL 60053-2853 |
| 18659521 | + | Smith Group, Inc, 1700 New York Ave, NW, Suite 100, Washington, DC 20006-5204 |
| 18659522 | + | Soaring Eagle Consulting, Inc., 235 Apollo Beach Blvd Box 206 Apollo, Beach, FL 33572-2251 |
| 18659523 | + | Solar Atmospheres Inc, 190 Keystone Drive, Telford, PA 18969-1012 |
| 18659524 | | Solberg Manufacturing Inc, Solberg Manufacturing Inc, Itasca, IL 60143 |
| 18659525 | + | Southwest Diamond Cutters, Inc., 13721 Omega Rd., Dallas, TX 75244-4517 |
| 18659526 | + | SpecGas, 86 Vincent Circle, Warminster, PA 18974-1530 |
| 18659528 | #+ | Stanley Zale, 104 Sorority Drive, Lafayette, LA 70506-6143 |
| 18659529 | | Staples, PO Box 105638, Atlanta, GA 30348-5638 |
| 18659530 | | State Department of Assessment & Taxation, Department of Assessment & Taxation, P.O. Box 17052, Baltimore, MD 21297-1052 |
| 18659532 | | State of Delaware, Delaware Division of Revenue/Bankruptcy, Attn: Bankruptcy Administrator, Carvel State Building, 820 N. French Str, Wilimington, DE 19901 |

District/off: 0311-1 User: admin Page 6 of 9
Date Rcvd: Dec 06, 2023 Form ID: van043 Total Noticed: 356

| | | |
|---|---|---|
| 18659534 | #+ | Stein IP LLC, 1990 M St. NW, Suite 610, Washington, DC 20036-3434 |
| 18659536 | + | Strem Chemicals, Inc., 7 Mulliken Way, Newburyport, MA 01950-4098 |
| 18659537 | | Sue Rechner, 85 Newtown Turnpike, Weston, CT 06883-2110 |
| 18659538 | + | Sunbelt Rentals, Inc., 2341 Deerfield Dr., Fort Mill, SC 29715-8298 |
| 18659539 | | Suntrust Merchant Services, PO Box 2394, Omaha, NE 68103-2394 |
| 18659540 | + | Susan Michalski, 4293 Wilcor Drive, New Franklin, OH 44319-2602 |
| 18659541 | + | Swiss Capital TLCP Private Debt Fund L.P., c/o Tree Line Capital Partners, LLC, 3 Embarcadero Center, Suite 2320, San Francisco, CA 94111-4043 |
| 18659542 | + | T&D Electrical LLC, 3344 W Irving Park Road, Chicago, IL 60618-3310 |
| 18659543 | + | T&M Machine Shop, Inc., 12201-A Distribution Way, Beltsville, MD 20705-1418 |
| 18659544 | + | Talent Remedy, 1080 Summerfield Drive, Cumming, GA 30040-1018 |
| 18659546 | + | Technical Glass Products, Inc., 881 Callendar Boulevard, Painesville, OH 44077-1218 |
| 18659547 | | Tellerina Comercio De Presentes E Artigo, Para Decoracao S.A, Av. Andre Araujo, 97, Sala 116, Ed Forum Business Center, City of Manaus, State of Amazonas,Brazil |
| 18659548 | + | Templar, 70 W. 36th., Ste 12E, New York, NY 10018-1746 |
| 18659550 | + | The ADT Security Corporation, 1501 Yamato Rd, Boca Raton, FL 33431-4438 |
| 18659551 | + | The Boston Consulting Group, Inc., 2715 Woodward Ave., Suite 200, Detroit, MI 48201-3030 |
| 18659552 | + | The MVEye, 6207 Bee Cave Road, Austin, TX 78746-5034 |
| 18659553 | + | The Plumb Club Association, 157 Engle St., Englewood, NJ 07631-2508 |
| 18659554 | | The Retirement Advantage, Inc., PO Box 825, Elm Grove, WI 53122-0825 |
| 18659555 | + | Thorlabs Inc, 10335 Guilford Rd, Jessup, NJ 20794-9608 |
| 18659556 | + | Tiffany Dean Finley, 15747 Brookhill Ct, Waterford, VA 20197-1046 |
| 18659557 | | Tom Hitselberger, 117 Academy Street, Annapolis, MD 21401-3503 |
| 18659558 | + | Tree Line Credit Strategies, LP, c/o Tree Line Capital Partners, LLC, 3 Embarcadero Center, Suite 2320, San Francisco, CA 94111-4043 |
| 18659559 | + | Tree Line Direct Lending, LP, c/o Tree Line Capital Partners, LLC, 3 Embarcadero Center, Suite 2320, San Francisco, CA 94111-4043 |
| 18659560 | + | TriMech Solutions, 4461 Cox Road Suite 302, Glen Allen, VA 23060-3331 |
| 18659567 | + | US Naval Research Laboratory, 4555 Overlook Ave SW Electronics Science, & Technology Division, #6852, Washington, DC 20375-0001 |
| 18659568 | + | US Synthetic Corp., 1260 South 1600 West, Orem, UT 84058-4931 |
| 18659562 | + | UniFirst Corporation, PO Box 650481, Dallas, TX 75265-0481 |
| 18659563 | | United Parcel Service, 28013 Network Place, Chicago, IL 60673-1280 |
| 18659564 | + | United Silica Products, Inc., 3 Park Drive, Franklin, NJ 07416-9758 |
| 18659566 | | University of Maryland College Park, 4101 Chesapeake Building, 4300 Terrapin, Park, MD 20742 |
| 18659569 | + | V360 Technology Inc., 580, 5th Avenue, Suite 421, New York, NY 10036-0206 |
| 18659571 | + | Virtual Diamond Boutique Inc, 580 Fifth Avenue, Suite 629, New York, NY 10036-4738 |
| 18659199 | + | WD Diamonds Holdings, Inc., 500 Griswold Street, Suite 2700, Detroit, MI 48226-4485 |
| 18659200 | | WD Diamonds Intermediate Holdings, Inc, 6710 Virginia Manor Road, Beltsville, MD 20705-1289 |
| 18659575 | + | WWEX Investment Holdings, LLC, PO BOX 21272, NEW YORK, NY 10087-1272 |
| 18659573 | + | Wisconsin Department of Revenue, PO Box 3208, MIlwaukee, WI 53201-3208 |
| 18659574 | | Womble Bond Dickinson (US) LLP, PO Box 601879, Charlotte, NC 28260-1879 |
| 18659577 | | X-Rite Incorporated, Pantone LLC, Lockbox 62750 62750 Collection Center Dr, Chicago, IL 60693-0627 |
| 18659576 | + | X-ray Wizards LLC, 41617 Swiftwater Dr, Leesburg, VA 20176-7824 |
| 18659578 | + | Zohar Kirshenboim, 6021 Neilwood Dr, Rockville, MD 20852-3703 |
| 18659579 | + | Zoro Tools, Inc., 909 Asbury Drive, Buffalo Grove, IL 60089-4525 |

TOTAL: 329

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 18693223 | + | Email/Text: ndiv.bkrpt.notice@airgas.com | Dec 06 2023 20:04:00 | Airgas USA LLC, 6055 Rockside Woods Blvd, Independence, OH 44131-2301 |
| 18659228 | + | Email/Text: pconaty@ritehite.com | Dec 06 2023 20:04:00 | Arbon Equipment Corporation, 25464 Network Place, Chicago, IL 60673-1254 |
| 18659533 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Dec 06 2023 20:04:00 | State of Maryland, 110 Carroll Street, Annapolis, MD 21411-0001 |
| 18659272 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Dec 06 2023 20:04:00 | Comptroller of Maryland, Revenue Administration Division, 110 Carroll Street, Annapolis, MD 21411-0001 |
| 18659254 | | EDI: CALTAX.COM | Dec 07 2023 01:01:00 | California Franchise Tax Board, PO Box 942857, Sacramento, CA 94257-0531 |

District/off: 0311-1        User: admin        Page 7 of 9

Date Rcvd: Dec 06, 2023        Form ID: van043        Total Noticed: 356

| ID | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 18659269 | + | Email/Text: comedbankruptcygroup@exeloncorp.com | Dec 06 2023 20:04:00 | ComEd, P.O. BOX 6111,, Carol Stream, IL 60197-6111 |
| 18659287 | + | Email/Text: DOSDOC_BANKRUPTCY@STATE.DE.US | Dec 06 2023 20:04:00 | Delaware Division of Corporations, John G. Townsend Bldg., 401 Federal Street, Suite 4, Dover, DE 19901-3639 |
| 18659629 | + | Email/Text: michael.brittingham@delaware.gov | Dec 06 2023 20:04:00 | Department of Labor, Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809-0953 |
| 18659323 | | Email/Text: accountsreceivable@filmetrics.com | Dec 06 2023 20:04:00 | FILMETRICS, INC., 10655 ROSELLE STREET SUITE 200, San Diego, CA 92121 |
| 18659316 | ^ | MEBN | Dec 06 2023 20:01:45 | FedEx, P.O. Box 37146, Pittsburgh, PA 15250-7461 |
| 18659324 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 06 2023 20:04:00 | First National Bank, 4140 E State Street, Hermitage, PA 16148-3401 |
| 18659333 | | Email/Text: mwheaton@gallagherseals.com | Dec 06 2023 20:04:00 | Gallagher Fluid Seals, 500 Hertzog Blvd, King of Prussia, PA 19406 |
| 18659354 | | Email/Text: rev.bankruptcy@illinois.gov | Dec 06 2023 20:04:00 | Illinois Dept of Revenue, PO Box 19045, Springfield, IL 62794-9045 |
| 18659357 | | EDI: IRS.COM | Dec 07 2023 01:01:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 18659425 | | Email/Text: diane.abell@matterhackers.com | Dec 06 2023 20:04:00 | Matterhackers Inc, 20321 Valencia Circle, Lake Forest, CA 92630 |
| 18659418 | + | Email/Text: tbible@mallickplumbing.com | Dec 06 2023 20:04:00 | Mallick Plumbing & Heating, Inc., 8010 Cessna Avenue, Gaithersburg, MD 20879-4119 |
| 18659448 | ^ | MEBN | Dec 06 2023 20:01:53 | Nicor Gas, PO BOX 5407, CAROL STREAM, IL 60197-5407 |
| 18659469 | | Email/Text: FACS_Support@paychex.com | Dec 06 2023 20:04:00 | Paychex, Human Resource Services, 1175 John St, West Henrietta, NY 14586-9199 |
| 18659471 | + | Email/Text: Bankruptcy_General@pepco.com | Dec 06 2023 20:04:00 | Pepco, PO Box 13608, Philadelphia, PA 19101-3608 |
| 18659535 | | Email/Text: lrc@stout.com | Dec 06 2023 20:03:00 | Stout Risius Ross, LLC, 150 W. Second Street, Suite 100, Royal Oak, MI 48067 |
| 18659527 | + | Email/Text: sat_ardept@stanleyworks.com | Dec 06 2023 20:04:00 | Stanley Access Technologies, LLC, PO Box 0371595, Pittsburgh, PA 15251-0001 |
| 18659531 | + | Email/Text: DRS.Bankruptcy@ct.gov | Dec 06 2023 20:04:00 | State of Connecticut DOR, 450 Columbus Blvd. Suite 1., Hartford, CT 06103-1837 |
| 18659628 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Dec 06 2023 20:04:00 | State of Delaware, Division of Revenue, 820 N. French Street, 8th Floor, Wilmington, DE 19801-3509 |
| 18659549 | | Email/Text: pacer@cpa.state.tx.us | Dec 06 2023 20:04:00 | Texas Comptroller of Public Accounts, P.O. Box 149348, Austin, TX 78714-9348 |
| 18659476 | | Email/Text: dllawbankruptcy@exchange.principal.com | Dec 06 2023 20:04:00 | PLIC - SBD Grand Island, PO Box 10372, Des Moines, IA 50306-0372 |
| 18659561 | + | Email/Text: accounts.receivable@uline.com | Dec 06 2023 20:04:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |
| 18659570 | | EDI: VERIZONCOMB.COM | Dec 07 2023 01:01:00 | Verizon, PO Box 489, Newark, NJ 07101-0489 |
| 18659572 | + | Email/Text: Bankruptcy@washgas.com | Dec 06 2023 20:04:00 | Washington Gas, Accounts 0201, 0718-8605, 2215, 4826, 13, 6801 Industrial Rd, Springfield, VA 22151-4205 |

TOTAL: 28

District/off: 0311-1                          User: admin                                      Page 8 of 9
Date Rcvd: Dec 06, 2023                   Form ID: van043                              Total Noticed: 356

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18659227 | | Appsilon Ileri Malzemeler Dan. San. ve Tic. A.S., Sanayi Mah. Teknopark Bulv., Teknopark 1B 1/1B 34906, Pendik, Istanbul, |
| 18659240 | | Baoji Boxin Metal Materials Co Ltd, No.25 Yongqing Industrial Park, Mayling Town |
| 18659241 | | Bartlomiej Kocznur, b.kocznur@gmail.com, Kniaziewicza street, Piaseczno, 05-500 |
| 18659251 | | C.PRAKASH & CO, EC4101 BHARAT DIAMOND BOURSE BKC, BANDRA EAST, MUMBAI, MH |
| 18659296 | | DM Gems, 104, Shri Mansarovar CHS, Kandivali (W), MUMBAI - 400 06, |
| 18659291 | | Diamond Elements, Plot-761, Icchapore GIDC, Icchapore-Bhat, Surat, 395007 |
| 18659303 | | EDP Corporation, 6-3, 4-Chome Kamishinden, Toyonaka, Osaka 5600085 |
| 18659310 | | Ethereal Green Diamond LLP, F.P. No.23/A Ground Floor Paiki Part-B, Near Standard Mill Compound. Lal Darwaja, 395008 |
| 18659327 | | Fluorez Technology LTD, 64 Chang Chun Rd, Xindian District, New Taipei City, 231 |
| 18659337 | | Gemtrue Co., Limited, 9F, Building 10, Gang Zai Industrial Par, Shajing Town, Boan District,, Shenzhen City |
| 18659348 | | Homburger AG, Prime Tower, Hardstrasse 201, Zurich 8005 |
| 18659365 | | JC Jewels Pty Ltd, Level 10, Suite 02 410 Collins Street, MELBOURNE VIC 3000 AUS |
| 18659364 | | Jaykar Laser Care, 6/1470, Amrut Kunj, Kansata Sheri, Mahidharpura, Surat, 395003 |
| 18659372 | | JinTeck Trading Comany, 7 101, Building 124, Shi Fo Ying,, Shi Fo Ying Dongli, CHAOYANG DISTRICT, Beijing, 10002-5 |
| 18659413 | | Lusix Ltd., POB 4099, Nes Ziona 7414002 |
| 18659426 | | MCM High Performance Sealing, via Castello, 70, I-24060 ADRARA S.M. (BG) |
| 18659443 | | Munic Gems NV, Hoveniersstraat 9, Antwerp 2018 |
| 18659488 | | Pure Lab Diamonds, Building E-2, 3rd Floor, F.P.108/P, Naginawadi Road, OPP RJD Business Hub, Katargam,395004 |
| 18659489 | | Pure Stones, 30 Hoveniersstraat Box 001, Antwerp, 2018 |
| 18659492 | | R.P. Enterprises, 2ND FLOOR, 202-Lalita Estate, J-Building, R.SNO=411 Near SMC Community Hall, Vasta Katargram Road, Katargram, Road, 3 |
| 18659494 | | Real Illusion LLP, 247-E 2nd Flr Panchratna, Mama Parmanand Marg., Opera House, Girgaon, Mumbai, 40000-4 |
| 18659508 | | Sahajanand, E-2, GIDC Electronic Estate, Sector 26, Gandhinagar 382028 Gujara |
| 18659518 | | Shen Zhen Dikai Industrial Co., LTD, 0F, Building 10, Gang Zai Industrial Par, Xian Qiao, Shajing, Baoan, She |
| 18659545 | | Taylor Wessing LLP, 5 New Street Square, London, EC4A3-TW |
| 18659196 | * | M7D Corporation, 6710 Virginia Manor Road, Beltsville, MD 20705-1289 |
| 18659565 | *+ | United States Treasury, 500 Pennsylvania Avenue, NW, Washington, DC 20220-0001 |
| 18659315 | ##+ | Fanelli McClain, Inc, FM Studios, 3928 Pender Drive, Suite 220, Fairfax, VA 22030-7429 |
| 18659350 | ##+ | HSI Workplace Compliance Solutions, Inc., 333 West Canal Dr, Kennewick, WA 99336-3845 |
| 18659366 | ##+ | Jean-Claud Remy, 10048 Padua Way, Owings Mills, MD 21117-4065 |
| 18659390 | ##+ | Kingfish Group, Inc., 950 Tower Lane, Suite 925, Foster City, CA 94404-2126 |
| 18659398 | ##+ | Lab Alley, 1927 Lohmans Crossing, Suite 201, Austin, TX 78734-5243 |
| 18659483 | ## | Prince Georges County, P.O. Box 17578, Baltimore, MD 21297-1578 |

TOTAL: 24 Undeliverable, 2 Duplicate, 6 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2023                     Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0311-1                                    User: admin                                    Page 9 of 9
Date Rcvd: Dec 06, 2023                          Form ID: van043                            Total Noticed: 356

Jeffrey R. Waxman

on behalf of Debtor M7D Corporation jwaxman@morrisjames.com  ddepta@morrisjames.com;slisko@morrisjames.com

Jeoffrey L. Burtch

jburtch@burtchtrustee.com  DE04@ecfcbis.com;sbridgett@burtchtrustee.com;jreif@burtchtrustee.com

U.S. Trustee

USTPRegion03.WL.ECF@USDOJ.GOV


TOTAL: 3