IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | |
| | ) | Chapter 7 |
| M7D Corporation, | ) | |
| | ) | Case No. 23-11699 (TMH) |
| Debtor. | ) | |
| | ) | |

NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JANUARY 3, 2024 AT 2:00 P.M.

NO MATTERS GOING FORWARD, HEARING CANCELLED

RESOLVED MATTERS

1.      Application of Chapter 7 Trustee To Retain Law Office of Susan E. Kaufman, LLC As General Counsel Effective As Of October 16, 2023 [Docket No. 11, Filed 12/7/23].

> Response Deadline:    December 22, 2023 at 4:00 p.m.

> Responses Received:  None.

> Related Documents:

>> A.    Certificate of No Objection [Docket No. 13, Filed 12/27/23].

>> B.    Order Approving Application of Chapter 7 Trustee to Retain Law Office of Susan E. Kaufman, LLC as General Counsel Effective as of October 16, 2023 [Docket No. 14, Entered 12/27/23].

> Status:    The Order has been entered and the Hearing is cancelled with the Court's permission.

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

Dated: December 28, 2023

Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee