IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M7D CORPORATION,[1]<br><br>                Debtor. | Chapter 7<br><br>Case No. 23-11699 (TMH) |
| In re:<br><br>WD DIAMONDS HOLDINGS, INC.<br><br>                Debtor. | Chapter 7<br><br>Case No. 23-11701 (TMH) |
| In re:<br><br>WD DIAMONDS INTERMEDIATE HOLDINGS, INC.<br><br>                Debtor. | Chapter 7<br><br>Case No. 23-11700 (TMH) |

**ORDER APPROVING STIPULATION GRANTING ADVANCED DIAMOND HOLDINGS, LLC, AS SPECIFIED COLLATERAL AGENT, TREE LINE DIRECT LENDING, LP, AS ADMINISTRATIVE AGENT AND LENDER, AND LENDERS <u>RELIEF FROM THE AUTOMATIC STAY</u>**

Upon consideration of the *Stipulation Granting Advanced Diamond Holdings, LLC, as Specified Collateral Agent, Tree Line Direct Lending, LP, as Administrative Agent and Lender, and Lenders Relief from the Automatic Stay* (the "<u>Stipulation</u>"),[2] attached hereto as **Exhibit 1**; and after due deliberation and sufficient cause appearing therefore,

---

[1]   The Debtors in these Chapter 7 cases and the last four digits of their Employment Identification Numbers are M7D Corporation (2280), WD Diamonds Holdings, Inc. (7199), and WD Diamonds Intermediate Holdings, Inc. (7850). The Debtors' cases are not jointly administered.

[2]   Capitalized terms used but not otherwise defined herein shall have the same meaning ascribed to them in the Stipulation.

WBD (US) 4861-1502-5072v2

**IT IS HEREBY ORDERED THAT**

1. The Stipulation is APPROVED in its entirety.

2. The Parties are authorized to take all actions necessary to effectuate the terms of the Stipulation.

3. This Order shall be effective and enforceable immediately upon its entry.

*Thomas M. Horan*

**Dated: March 25th, 2024**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**