## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) |
| | ) Chapter 7 |
| M7D Corporation, | ) |
| | ) Case No. 23-11699 (TMH) |
| Debtor. | ) |
| | ) |

**Objection Deadline: April 3, 2025 at 4:00 p.m.**
**Hearing Date: April 10, 2025 at 11:00 a.m.**

### NOTICE OF TRUSTEE'S 9019 MOTION FOR AN ORDER APPROVING SETTLEMENT OF DISPUTED PREFERENTIAL CLAIM WITH <u>CLEAN METHOD</u>

Jeoffrey L. Burtch, Chapter 7 Trustee (the "Trustee") in the above captioned cases has filed the attached *TRUSTEE'S 9019 MOTION FOR AN ORDER APPROVING SETTLEMENT OF DISPUTED PREFERENTIAL CLAIM WITH CLEAN METHOD*.

If you disagree with the relief requested, you are required to file a response to the Application on or before **April 3, 2025 at 4:00 p.m.** Any response must be in writing, filed with the Clerk of the United States Bankruptcy Court at 824 North Market Street, Third Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the Trustee:

Susan E. Kaufman, Esquire
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

IF OBJECTIONS ARE FILED, A HEARING ON THE APPLICATION WILL BE HELD ON **APRIL 10, 2025 AT 11:00 A.M.** BEFORE THE HONORABLE THOMAS M. HORAN, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM 5, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

2

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

*Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee*

Date:  March 17, 2025