**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) |
| | ) Chapter 7 |
| M7D Corporation, | ) |
| | ) Case No. 23-11699 (TMH) |
| Debtor. | ) |
| | ) **Related Docket No. 22** |

**CERTIFICATE OF NO OBJECTION REGARDING TRUSTEE'S 9019 MOTION FOR AN ORDER APPROVING SETTLEMENT OF DISPUTED PREFERENTIAL CLAIM WITH EDF COMPLIANCE, LLC D/B/A ODDS ON COMPLIANCE**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *Trustee's 9019 Motion For An Order Approving Settlement Of Disputed Preferential Claim With Clean Method* [Docket No. 22], filed on March 17, 2025. The undersigned further certifies that she has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections were to be filed and served no later than April 3, 2025 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

Date: April 4, 2025

*Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee*