IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) |
| | ) Chapter 7 |
| M7D Corporation, | ) |
| | ) Case No. 23-11699 (TMH) |
| Debtor. | ) |
| | ) |

NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON APRIL 10, 2025 AT 11:00 A.M.

NO MATTERS GOING FORWARD, HEARING CANCELLED

RESOLVED MATTERS

1. Trustee's 9019 Motion For An Order Approving Settlement Of Disputed Preferential Claim With Clean Method [Docket No. 22, Filed 3/17/25].

   Response Deadline:   April 3, 2025 at 4:00 p.m.

   Responses Received:  None.

   Related Documents:

   A. Amended Certificate of No Objection [Docket No. 24, Filed 4/7/25].

   B. Order Approving Settlement of Disputed Preferential Claim with Clean Method [Docket No. 25, Entered 4/7/25].

   Status:   The Order has been entered and the Hearing is cancelled with the Court's permission.

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

Dated: April 7, 2025

Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee